ERIK GRAFE (AK Bar # 0804010)
ERIC P. JORGENSEN (AK Bar # 8904010)
Earthjustice
325 Fourth Street
Juneau, AK 99801-1145
(907) 586-2751
(907) 463-5891 [fax]
egrafe@earthjustice.org
ejorgensen@earthjustice.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

_____

|  |  |  |
|---|---|---|
| NATIVE VILLAGE OF POINT HOPE, *et al.,* | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:08-cv-00004-RRB |
| DIRK KEMPTHORNE, Secretary of the Interior, *et al.,* | ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| SHELL GULF OF MEXICO, INC., and CONOCOPHILLIPS COMPANY, | ) ) ) | |
| Intervenor-Defendants. | ) ) | |

_____ )

**MOTION FOR LEAVE TO FILE
OVER-LENGTH OPENING AND OPPOSITION BRIEFS**

Plaintiffs Native Village of Point Hope, et al., hereby respectfully request leave to file an

opening summary judgment brief in excess of the 25-page limit contained in D. Ak. LR 10.1(m).

Plaintiffs seek permission to file a brief that is 55 pages in length (excluding caption and

certificate of service). Plaintiffs request the additional pages in order to fully address the

complex issues and voluminous administrative record in this case in a single brief in support of

their motion for summary judgment. Defendants and Intervenor-Defendants do not oppose

Plaintiffs' request. Pursuant to the Alaska District Court's Electronic Filing Administrative

Policies and Procedures #17, the proposed opening brief is attached as Attachment A. A

proposed order is also attached.

Defendants and Intervenor-Defendants also respectfully request that the Court permit

them to file opposition briefs that are each 55 pages in length. Plaintiffs do not oppose this

request.

Dated: January 30, 2009.

*s/ Erik Grafe*
ERIK GRAFE (AK Bar # 0804010)
ERIC P. JORGENSEN (AK Bar # 8904010)
Earthjustice
325 Fourth Street
Juneau, AK 99801
(907) 586-2751
(907) 463-5891 [fax]
egrafe@earthjustice.org
ejorgensen@earthjustice.org

*Attorneys for Plaintiffs*
*Native Village of Point Hope, et al.*

*s/ David B. Glazer (consent)*
DAVID B. GLAZER
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
San Francisco Field Office
301 Howard Street, Suite 1050
San Francisco, CA 94105
(415) 744-6477
(415) 744-6476 [fax]
David.Glazer@usdoj.gov

*Counsel for Federal Defendants*

*s/ Kristen L. Gustafson (consent)*
KRISTEN L. GUSTAFSON
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
(202) 305-0211
(202) 305-0275 [fax]
Kristen.Gustafson@usdoj.gov

*Counsel for Federal Defendants*

*s/ Kyle W. Parker (consent)*
KYLE W. PARKER
DAVID J. MAYBERRY
Patton Boggs LLP
601 West Fifth Avenue, Suite 700
Anchorage, AK 99501
(907) 263-6330
(907) 263-6345 [fax]
kparker@pattonboggs.com
dmayberry@pattonboggs.com

*Counsel for Intervenor-Defendant*
*Shell Gulf of Mexico, Inc.*

*s/ Jeffrey W. Leppo (consent)*
JEFFREY W. LEPPO
RYAN P. STEEN
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
(206) 624-0900
(206) 386-7500 [fax]
jwleppo@stoel.com
rpsteen@stoel.com

*Counsel for Intervenor-Defendant*
*ConocoPhillips Company*

**CERTIFICATE OF SERVICE**

I, Erik Grafe, certify that on January 30, 2009, true and correct copies of the foregoing MOTION FOR LEAVE TO FILE OVER-LENGTH OPENING AND OPPOSITION BRIEFS with [PROPOSED] PLAINTIFFS' OPENING BRIEF (Attachment A) and supporting EXHIBITS, were filed electronically with the Court and consequently was served electronically on the following:

DAVID B. GLAZER
U.S. Department of Justice

KRISTEN L. GUSTAFSON
U.S. Department of Justice

KYLE W. PARKER
Patton Boggs, LLP

JEFFREY W. LEPPO
RYAN P. STEEN
Stoel Rives, LLP


 *s/ Erik Grafe*
ERIK GRAFE (AK Bar # 0804010)
Earthjustice
325 Fourth Street
Juneau, AK 99801
(907) 586-2751
(907) 463-5891 [fax]
egrafe@earthjustice.org

Case 1:08-cv-00004-RRB    Document 77    Filed 01/30/09    Page 4 of 4