# POTENTIAL CHUKCHI SEA SALE

**Issue:**
Should MMS hold a special sale in the Chukchi Sea of Alaska in the current five year plan or early in the next 5-Year Program?

**Background:**
A call for interest for a potential sale in the Chukchi Sea closed in mid-May. Companies were asked to inform MMS of their interest in a "very focused area of specific interest".

One company, Shell, responded that they were not interested in a focused sale, but only in "an area-wide sale". They requested MMS to initiate an EIS as soon as possible to facilitate an area-wide sale.

Another company, Conoco-Phillips, indicated an interest, also "area-wide", but preferred a sale for the next five-year plan to give more time for planning

Three other companies have expressed verbal interest, but need time to plan for a sale.

**Agency Position:**
*MMS recommends that we proceed with an area-wide sale in the spring/summer of 2008, supported by an Arctic Multiple Sale EIS.* (As soon as given permission to start by the Department, MMS will prepare one EIS to cover all sales in the Beaufort and Chukchi Seas to occur between 2007-12. Subsequent sales would be supported by an EA tiered off the EIS.)

The following arguments led us to this position:

- No company came in with a small, focused area, but all asked for an area-wide sale.
- The Chukchi has excellent prospects. The 5 wells that have been drilled all had positive shows, including the potentially prolific Burger prospect.
- The Chukchi species include the endangered bowhead whale and eiders, plus marine mammals (beluga, walrus, gray whales, polar bears). Endangered species consultations will be needed.
- MMS and BLM have based their Alaska sales on at least one EIS for each planning area. A Chukchi sale with known prospects and species would best be supported by an EIS.
- The latest a sale could be held under the current five year plan is June 2007. This would allow less than 2 years to do a full EIS and comply with the OCSLA process required to hold a sale. This is impractical.
- When the next five year plan starts, both the Gulf of Mexico and Alaska plan to prepare multi-sale EIS's before the first round of sales in each area. These multi-sale EIS's are a fundamental building block for future activities, as environmental assessments for subsequent lease sales and other activities would tier off of them.

The scope of the activities covered in the multi-sale EIS analyses is broader than what would be covered in an EIS for a small, focused area, limiting the value of an EIS for a spring 2007 Chukchi sale for completing the larger analyses. Overall, the multi-sale EIS's will save time and resources.

- Note: if companies had come in last year with the area-wide request, we would have had time to prepare an EIS. A very small, focused area might allow a successful exploration-only EA and sale process to be completed by June 2007.
- Extensive consultation must take place with the State, the North Slope Borough, and tribal governments. This cannot be rushed.
- Even more importantly, the next five year plan being so late in starting will require extreme efforts and long hours for the staff to accommodate the compressed time frame.
- MMS has only so much human resource and because of the time constraint of the next five year plan, this resource will be stretched to the limit.
- ANWR and NPR-A have not been without controversy and might be close to successful conclusion. Adding another potentially controversial Alaska issue at this time may not be wise.
- Essentially only one company is eager for a sale in the current 5 Year plan, which might preclude healthy competition in the bidding activity.
- A sale could be firmly scheduled in the next five year plan in the spring or summer of 2008. A delay of 8 to 12 months should not make a very big difference in the long term development of the area, and would likely attract more competition for leases.

We are very supportive of exploration of the Chukchi Sea OCS, which holds great promise, but do not want to risk litigation or huge controversy by hurrying the process. We also need to manage our resources, particularly our human resources, wisely and reasonably. Our staff has proven very professional and responsive to crisis-type demands, but there is a limit to what we can ask in such a compressed time frame.

Outside help may be possible and helpful but contractors need to be managed. Doing two EIS's (Western Gulf and Chukchi) plus two programmatic EIS's (Gulf and Alaska) and getting all steps achieved for a five-year plan (including its EIS), all in the same time frame (less than 2 years) with the same staff did not seem reasonable to us.

For all the above reasons, the Bureau felt that it was wise at this juncture to postpone a Chukchi sale until early in the next five year plan.

**Constituency position:**
At this time one company has expressed a strong desire to buy leases in the Chukchi as soon as we can hold a sale, preferably within the next two years. Another company has expressed written interest, but prefers a sale in 2008, so that they can better assess the area and prepare a budget for the sale. Three more companies have since verbally indicated they would "pay attention" to what we will do in this area.

The company with a strong and immediate interest (Shell) has old but interesting data on the area and feels strongly that the time is now to develop substantial resources they "know" exist in the Chukchi. They are also, and understandably, trying to stay ahead of the competition. It is in their interest to have a sale quickly before others are ready to bid.

Contact: Johnnie Burton, 208-3500