## Cranswick, Deborah

**From:** Cranswick, Deborah
**Sent:** Tuesday, August 23, 2005 10:41 AM
**To:** Williams, Dee
**Subject:** FW: Chukchi E&D

Dee – obvious but I forgot to include that support vessels only operate during open-water season. Debbie

-----Original Message-----
**From:** Cranswick, Deborah
**Sent:** Monday, August 22, 2005 5:49 PM
**To:** Williams, Dee
**Cc:** Craig, James
**Subject:** RE: Chukchi E&D

Dee,

I have provided responses to your questions below. This information will be added to the tables and text. The revised scenario should be sent out later this week.

Debbie

-----Original Message-----
**From:** Williams, Dee
**Sent:** Monday, August 15, 2005 4:26 PM
**To:** Cranswick, Deborah
**Subject:** RE: Chukchi E&D

Debbie:

As requested, here are some initial comments from a rookie NEPA analyst.

I notice the E&D scenario does not indicate anticipated industry activities such as number of service vessels, number of helicopters, number of weekly trips, etc. These will obviously be covered in a DPP, but should we not provide some description of support activities for the minimum scenario? From the 5-Year EIS scenario, 3 helicopter trips per day per well (during drilling) and per platform; 3 service vessel trips per day per well (during drilling) and per platform. The trips in support of exploration well drilling would be in and out of Barrow; trips during development well drilling and production would be in and out of the new shore base at Point Belcher (by Wainwright) I should think it would be an important consideration to regional stakeholders. If we can predict a minimum single platform scenario, why not also describe the minimal service infrastructure? Also, I am not sure what to do with drilling discharge information if we offer no minimal assumptions about its composition. The implication is that we should assume it is a non-issue, so why even identify a volume? 80% of the drilling muds would be synthetic muds and are recycled and reused. The 20% of drilling muds that would be discharged during exploration drilling would be water-based muds that are used in drilling of the uppermost part of the well. We will add this and the composition of generic water-based muds to the text. Perhaps an explanatory note about the legal limits of effluent discharge on the Slope would be sufficient... We will add some information about the discharge limits in the EPA's NPDES permits.

The narrative about the E&D Scenarios (will this eventually become public?) strikes me as unnecessarily vague in some places. For example, contrary to the text, surely the agency does have "direct knowledge of industry investment strategies" (par 1). I discussed this with Jim Craig. MMS can estimate the costs/benefits for exploration and development in the Arctic OCS; we don't have direct knowledge of what other opportunities worldwide that a company may have that would be factored into their decisions on whether to explore or develop their Arctic leases (e.g., explore in Beaufort Sea or develop offshore China).

**Exhibit 7, Page 1 of 3**

We also don't know how risk adverse potential lessees might be.  We will clarify the meaning of the comment in the text.  I think the tone should stress the contingent and speculative nature of oil prospecting without creating the impression that the government can't be bothered to investigate industry cost-benefit analysis. For that matter, I don't understand why RE doesn't use their sophisticated assessment indices to impose a more definitive likely scenario. Clearly, it is impossible to predict "with certainty", but the narrative needs to inspire greater public confidence by explaining the parameters of reasonable expectations.

I also have a few miscellaneous questions that could affect the implications of the scenario for socio-economic analysis: Does the minimum 30 mile offshore pipeline segment imply that there won't be a platform sited in the 8-g zone?  Correct.  The Polynya is excluded from leasing under the current 5-Year Program and for this lease sale.   How long does "peak production" typically last?  The scenario for lease sale 193 has peak production of 224,658 barrels of oil per day for 4 years (2022-2025).   Is it premature to create expectations about leasing Native Corporation lands with revenue implications?  Yes.  We will delete the reference to Native Corporation lands. The scenario will be changed to say that the shore base would likely be at Point Belcher (from the last Chukchi Sea lease sale EIS) to satisfy both the need to avoid the environmentally sensitive Kasegaluk Lagoon and Peard Bay and the need to minimize the length of the offshore pipeline. If it becomes economical to build one platform to produce an estimated 1 billion barrels, and there is between 12 and 29 billion barrels that are recoverable, why is the scenario not compelled to imagine more than one platform (i.e. is a single platform *always* the initial scenario, in which case maybe we should just explain that)?  In a way the initial scenario is one platform because we can't have only a partial platform if that is all that the resource estimate support.  The 12-29 billion barrels of oil is geologic potential and not the economically recoverable.  Once the first platform goes in, it is likely that additional satellite subsea completions would be developed before another host platform would be considered.

Cheers.

     -----Original Message-----
**From:** Cranswick, Deborah
**Sent:** Wednesday, August 10, 2005 5:16 PM
**To:** Smith, Caryn; Hartung, Daniel; Newbury, Thomas; Childs, 7Susan; Rotterman, Lisa; Gleason, Jeff; Holder, Tim; Williams, Dee; Burwell, Michael; Johnson, Bonnie; Newman, Richard; Tremont, John
**Cc:** King, Fred; Cowles, Cleveland; Stang, Paul; Craig, James
**Subject:** FW: Chukchi E&D
**Importance:** High

Arctic Team,

You are all definitely or highly likely to be working on a Chukchi Sea or Arctic-wide NEPA document in the near future.

Attached, please find the draft proposed action scenario for the Chukchi Sea Lease Sale 193 EIS. The scenario is based on a one mid-range economic resource number (note – this is **not** necessarily the most likely.  A lower volume is more likely to occur but less likely to be developed from an economic standpoint; a higher volume is less likely to occur but more likely to be developed).  The scenario includes a small range of exploration and development wells.  Please review the scenario and let me know what you think.  Also attached is the E&D from the 2002-2007 EIS (chukchi-hope.jc717.doc) to compare with the new Chukchi numbers shown in ( ).  As you can see, these numbers are fairly close.

Here are some conversion factors if you prefer different units:

     Drilling mud:  1 dry ton (2000#)  = 4.76 barrels (42 gallon)
     Rock cuttings: 1 dry ton (2000#) = 2.59 barrels
     Seawater:  8.57 lbs per gallon or 360# per barrel (42 gal)

Jim Craig is specifically looking for feedback on other proposed action scenario information you might need.  If you request additional information, I would like to know how you intend to use it in your analysis.

Please get me feedback by COB Wednesday August 17. If the scenario fully meets your information needs, let me know that also.

Deb