**Williams, Dee**

| | |
|---|---|
| **From:** | Williams, Dee |
| **Sent:** | Thursday, August 10, 2006 11:09 AM |
| **To:** | Cowles, Cleveland |
| **Subject:** | 193 review |
| **Attachments:** | ESS Review of 193 EIS.doc |

Cleve:

I have attached the edited ESS review of draft 193 analysis for chapters 1-3. It is parked at G:\LE\ESS\CORRES\2006 \ESS Review of 193 EIS.



ESS Review of 193
 EIS.doc (48 ...

**Exhibit 31, Page 1 of 7**

Case 1:08-cv-00004-RRB     Document 83-2     Filed 02/05/09     Page 1 of 7

Life-history Strategy:

Spectacled (*Somateria fischeri*) and Steller's Eiders (*Polysticta stelleri*), as is the case with most other sea ducks, are considered to exhibit an extreme 'K-selected' life-history strategy relative to other waterfowl. Both species are long-lived (though longevity records to date likely underestimate its potential), annual adult survival is high (theoretical, in a stable population), annual breeding effort (poorly understood; periodic non-nesting and females may forego breeding the year following a successful breeding attempt) is highly variable, clutch size is relatively small (~5 eggs), nest success (a nest in which $\geq 1$ egg hatches) is highly variable, but often low (see Kistchinski and Flint 1974, Ely et al. 1994, Grand and Flint 1997, Pearce et al. 1998, Quakenbush et al. 2004), they do not (or rarely) attempt to renest if the nest is destroyed (but may continue to lay if nest is lost during egg-laying), sexual maturity is delayed (until the 3rd or 4th spring/summer depending on sex) (Dau 1974, Bellrose 1980, Goudie et al. 1994, USFWS 1996), and its recovery potential from catastrophic losses is 'low' owing to low reproductive rates and delayed maturity, thus requiring a long period of recovery time (Lebreton and Clobert 1991, Perrins 1991, Newton 1998). Both species are thought to exhibit male-biased dispersal and female-biased fidelity to breeding areas, but relatively little is known about these behaviors (Flint et al. 2000, Petersen et al. 2000, Fredrickson 2001, Scribner et al. 2001, Pearce et al. 2005). Adult survival for sea ducks is considered the primary 'driver' of population dynamics which suggests that management efforts focused on increasing reproductive parameters such as nest success or duckling (brood) survival will be of limited value. Goudie et al. (1994) used deterministic models on a simulated population of Harlequin Ducks (*Histrionicus histrionicus*) to estimate effects of harvest-related mortality and results indicated that at least for some species of sea ducks, losses of 3-5% of the initial adult population are probably not sustainable. By comparison, the Mallard (*Anas platyrhynchos*) a ubiquitous 'r-selected' dabbling duck, can sustain annual harvest rates in excess of 40% (see review by Patterson 1979) with the annual mallard harvest comprised largely of immatures (primarily males; immatures more vulnerable to harvest than adults) and males (selection or preference by hunters) (Bellrose 1980, Nichols 1991).

The Kittlitz's Murrelet (*Brachyramphus brevirostris*) is one of the rarest and least understood seabirds in North America with only 25 nests ever found (Kuletz 2004). Detailed population demographic information for the Kittlitz's Murrelet (*Brachyramphus brevirostris*) is generally lacking, but the limited information available for this species and research on the closely related Marbled Murrelet (*B. marmoratus*) suggests a K-selected life-history strategy. It is considered a long-lived species (similar to other seabirds); annual adult survival has not been estimated, but is thought to be high (>85%; see Beissinger 1995, DeSanto and Nelson 1995); annual breeding effort is poorly understood (periodic non-nesting has been documented and females may forego nesting the year following a successful nesting attempt), but is considered highly variable; clutch size is 1 egg/clutch and renesting is thought not to occur (Day et al. 1999, but see Tranquilla et al. 2003); age at first breeding is unknown, but is thought to occur between the 3rd and 4th yr and its recovery potential from catastrophic losses is 'low' owing to low reproductive rates and delayed maturity, thus requiring a long period of recovery time (Beissinger 1995, Newton 1998).

Day et al. (2003) considered this species to be a food generalist, but a habitat specialist with its distribution and abundance strongly associated to glacial waters with high sediment loads (see also Day et al. 2000, Kuletz et al. 2003). Modeling efforts indicate this species is extremely sensitive to changes in adult survival and that even 'minor' mortality events (*EVOS* oil spill, loss estimated >500; Piatt et al. 1990, Van Vliet 1993) which results in the direct loss of individuals (in particular breeding age individuals) can result in long-term population declines with extremely low potential for recovery (Beissinger 1995, Day et al. 1999, USFWS 2004). Though the survey data vary in quality, population trend modeling efforts indicate substantial declines (varied by area, but $\geq 18\%$/yr.) for each of the 4 population 'centers' (i.e., Prince William sound, Glacier Bay, Kenai Fjords, and Malaspina Forelands) (USFWS 2004). Presumably, a large portion of the Kittlitz's Murrelet population in Alaska is composed of reproductively immature (< 3yrs of age) birds which may occupy different habitats, at least seasonally. Conservation (and mitigation efforts) of this species requires attention to this cohort of the population, as well as to the breeding component (see Newton 1998).

## Status of the Species

### Spectacled Eiders

Three breeding populations (BPOP) comprise the worldwide population; the Western Alaska or Yukon-Kuskokwim Delta (YKD), Northern Alaska or North Slope (NS), and Arctic Russia (AR) (see USFWS 1996, Petersen et al. 2000). Spectacled Eider critical habitat has been defined and includes the YKD breeding area (Units 1 and 2), important molting areas in Norton Sound (Unit 3) and Ledyard Bay (Unit 4), and the only known wintering area south of St. Lawrence Island (Unit 5) (FR 66(25):9146-9185).

Population Status- General:

The Spectacled Eider was listed throughout its range as a threatened species on May 10, 1993 (FR 58(88):27474-27480). The primary reason for listing was the rather dramatic decline (from ~50,000 pairs in 1971 to an estimated 1,721 pairs in 1992) documented for the YKD breeding population as well as the apparent decline in the NS breeding population (Stehn et al. 1993, Ely et al. 1994). At the time of listing, the YKD breeding population was considered to represent roughly half of the world population (Stehn et al. 1993, USFWS 1996, USFWS 1999). An estimated 363,000 (95% CI 333,526 – 392,532) SPEI were later discovered south of St. Lawrence Island, Alaska, during late winter (March; 1996 and 1997) aerial surveys in the Bering Sea (Larned and Tiplady 1997, Petersen et al. 1999) which apparently represents the entire world population. For 2005, one can extrapolate crude estimates of relative contributions (%) for each of the BPOP. Using NS ($n = 7,820$) aerial survey estimates (Larned et al. 2005) and corrected YKD nest estimates from ground plots ($n = 5,822$) (in Platte and Stehn 2005) and dividing by the AR 'population' estimate (146,000; USFWS 1999), roughly 5.1% and 3.8% of the world SPEI nested on the NS and YKD, respectively ($\leq 2\%$ if one considers Petersen et al. 1999 estimates).

In general, population demography for this species and in particular breeding information (i.e., timing of pair formation and duration of pair bonds, timing of mating, male and female dispersal

of females increased with date (from nesting through brood-rearing) (Flint et al. 1997). Approximately 21% of the 43 SPEI broods monitored using blood-lead levels included <1 duckling exposed to Pb by 30 days post-hatch or roughly 12% of all ducklings sampled. Though the level of Pb exposure appeared to be at 'sublethal' levels, exposure seemed to be greatest for successfully breeding females, or the most productive segment of the population (Flint et al. 1997). Flint and Grand (1997) estimated that 40-60% of observed female mortality of radio-marked individuals resulted from exposure to Pb, which has probably increased from historic levels. Follow-up work by Grand et al. (1998) indicated that adult female survival estimates for unexposed versus exposed (before hatch) SPEI were 78% and 44%, respectively. They suggested that the majority of mortality likely occurred after brood-rearing away from the breeding grounds and that Pb exposure may be limiting the recovery potential of YKD SPEI.

*North Slope BPOP*:
In general, the majority of research (i.e., distribution, abundance, general ecology) on the NS SPEI BPOP has been directly related to 'quantifying' potential effects of onshore (and offshore) oil and gas development at specific production sites, e.g., Prudhoe Bay (Warnock and Troy 1992, TERA 2001, Troy 2003), Kuparuk (Anderson et al. 2004), Alpine (Johnson et al. 2004a), and Colville Delta (Burgess et al. 2000, Johnson et al. 2000). In 1992 in anticipation of listing of the SPEI and Steller's Eiders, the USFWS implemented an additional aerial survey (i.e., the North Slope Eider Survey) in an effort to more adequately sample SPEI and other 'early' nesting waterfowl (see Larned et al. 2005). This survey conducted in early-mid June does a reasonable job of estimating BPOP of SPEI, but does a poor job of estimating the BPOP of STEI which are present on the Arctic Coastal Plain (ACP) at very low densities. **Spring arrival**- late May to mid-June with 'peaks' of pairs occurring in mid-June with observed declines thereafter (Johnson et al. 2000, Anderson et al. 2004). **Nest initiation**- for SPEI near Prudhoe Bay nest initiation varied from 7-16 June (median = 15 June; 1982-96) (TERA 1997). **Hatching**- hatch occurs in mid-late July after ~24d incubation period (Warnock and Troy 1992). **Brood-rearing**- females with broods may disperse up to 14km with broods, but most use freshwater lakes within 5km of nest sites, eventually moving to coastal areas in late August or September (Dau 1974, Harwood and Moran 1993, Moran and Harwood 1994). **Molting**- most males have departed the area by mid-late June (varied by year; Troy 2003); median = 22 June (range 19-30 June) (Petersen et al. 1999). Failed females departed the area from mid July-early August with most initiating molt migration in mid-late July (Petersen et al. 1999, Troy 2003). Successful females (followed by surviving offspring) departed NS between 26 August - 4 September (median = 30 August) (Petersen et al. 1999). Females nesting on the NS molted primarily at Ledyard Bay, Alaska, but also some marked females molted at Mechigmenskiy Bay, Russia, and off of St. Lawrence Island (Petersen et al. 1999). North Slope males used each of three molting (staging) areas: Mechigmenskiy Bay and Indigirka/Kolyma Deltas, Russia, and Ledyard Bay, Alaska (Petersen et al. 1999). Within the NS region, some males staged offshore in the Beaufort Sea in Gwydyr Bay off the Kaparuk River Delta, offshore of the Colville River Delta, and in Smith Bay while others took a more direct overland route to the Chukchi Sea in the vicinity of Walakpa and Peard Bays (Troy 2003:fig. 2). Females in this region relied extensively (nearshore zone during transit) on the Beaufort Sea for staging prior to movement to molting areas in the Chukchi Sea. Very limited use of the central Beaufort Sea was documented for female SPEI, whereas Smith Bay was used almost exclusively for staging (Troy 2003:fig. 3).

etc.) and mechanisms of population regulation. Factors such as disturbance due to increased boat traffic related to wildlife cruises and offshore oil and gas development and impacts related to oil spills (Kittlitz's Oil Vulnerability Index of 88; King and Sanger 1979) make this species particularly vulnerable to population declines. Though impacts of oil spills have been documented (van Vliet and McAllister 1994, Carter and Kuletz 1995), little is known of potential impacts of disturbance on courtship behavior, foraging ecology and feeding, or energetics (Day et al. 1999).

This species will not be considered further because although it is thought to occur in the western Beaufort Sea, to date there is no records of Kittlitz's Murrelets in the Beaufort Sea (Divoky 1984, Johnson and Herter 1989). If present, it would likely occur in very small numbers and thus, any potential impacts by oil and gas activities including 'the unlikely events of an oil spill' (see MMS 2003) related to the Beaufort 202 Lease Sale are 'not anticipated to be substantial' (see Appendix 1).

### *Effects of the Action*

The anticipated effects of action for Beaufort Sale 202 relative to threatened SPEI and STEI is described in detail on pages IV-88 through IV-100 in the Beaufort Sea Planning Area FEIS (MMS 2003). Based on information at the time, effects for SPEI for all alternatives would "likely be considerably less", "the same", or "somewhat less" than for similar alternatives described for Sales 186 and 195. For STEI, conclusions on effects ranged from "likely to be significantly less" and "likely to be the same". Given the differences in Alternative I for Beaufort Sale 186 compared to 202 and information at the time, these remarks represent reasonable inferences given the 'data' (refer to Hilborn and Mangel 1997, Burnham and Anderson 2003). It may be that the effects of the proposed actions related **only** to the Beaufort 202 Sale represent minimal potential effects (see USFWS BO 2002) to staging, breeding, and molting SPEI and STEI. However, when one considers present and reasonably foreseeable future actions in totality **(1)**current annual losses to both species (see Appendix 2), **(2)**the life-history strategies of both species (see above, see also Appendix 2, Point 1), **(3)**potential regime shift in the Bering and Chukchi Seas and its potential effects to the annual energy budgets of these 2 species (Appendix 2, Point 5 and 7), and **(4)**the present socio-political climate then one can derive a much different conclusion given weight of the evidence. For example, 'large' spill ($\geq$1,000 barrels) probabilities are much higher (47%) when one considers proposed actions in the Beaufort and Chukchi Seas together compared to the Beaufort Sea only scenarios (8-10%) (MMS 2003, 2006). A large spill in the wrong place at the wrong time has the potential to impact each species negatively through direct losses **and** through long-term sublethal chronic effects that would further impede population recovery (see Conclusions).

### *Conclusions*

A number of potential effects have been identified herein (see Effects of Action section above, see also Cumulative Effects in Appendix 2) and are considered in the Beaufort Sea FEIS (MMS 2003). It is my belief that given present and "reasonably foreseeable future" that proposed

actions in the nearshore (state waters) and offshore (federal waters) environments, and on land will result in increasing stresses to pre-nesting, nesting, molting, and staging SPEI and STEI. The levels of disturbance through vessel traffic and helicopter trips alone (refer to Appendix 2 below; see also Johnson et al. 2004b:addendum 2) documented for the Northstar Development Project (NDP; Williams and Rodrigues 2004) and for the Alpine Satellite Development Project (ASDP; Johnson et al. 2004b) far exceeded projected levels of disturbance (refer to ACOE 1999, BLM 2004a). **For the cumulative scenario, proposed levels of disturbance and habitat loss/alteration, proposed number of above-ground on-shore structures, increased risk of depredation on SPEI and STEI eggs, adults, and young, potential increase in subsistence harvest (primarily as a function of increased access), and risk of oil spills (in particular when considering potential effects of on-going and proposed onshore oil and gas development associated with both the NE and NW NPRA) warrants reinitiation of Section 7 consultations (refer to Appendix 2).** The USFWS estimated 'take' for SPEI at 19 adults and 85 eggs, and 117 individuals (not specified whether adults or eggs) as a result of NE NPRA (BLM 2005) and NW NPRA (BLM 2004b) development, respectively. For STEI, the 'take' estimates were 4 adults and 5 eggs, and 9 individuals (not specified whether adults or eggs) for the NE and NW NPRA, respectively. The Biological Assessment (p. D-45) for NE NPRA states that "BLM's action of amending the Northeast National Petroleum Reserve-Alaska IAP/EIS may affect and is likely to adversely affect the listed Spectacled and Steller's Eiders within the Planning Area" (BLM 2005, see also USFWS 2005).

Point number 4 in Appendix 2 was included primarily to elucidate potential 'points' of energetic importance during the annual cycle for SPEI and STEI. In my view, an avian energetics perspective was (and is often) overlooked in the previous Biological Opinion (Lease Sale 186 dated 22 October 2002) and Beaufort Sea FEIS (MMS 2003) or at best, received only minimal treatment during the process even though nutrient acquisition and nutrient reserve dynamics at the level of the individual can have a major influence at the population level (Evans 1991, Croxall and Rothery 1991, Carey 1996, Newton 1998). Between-species differences (SPEI v. STEI) in behavior, food habits, and habitat use should be recognized. A bottleneck in survival (energetics) for apparently both SPEI and STEI occurs during the long winter period (Oct./Nov.-April/May) in which birds are faced with extremes in environmental conditions including low temperatures, strong winds, wave action, currents, and ever-changing sea ice conditions (Flint and Grand 1997, Grand et al. 1998, Petersen and Douglas 2004). To survive, SPEI and STEI must rely on nutrient reserves, increased time spent foraging or foraging in areas with high prey density or on specific prey with high profitability (Guillemette et al. 1992, Guillemette 1998, Systad et al. 2000, Lovvorn et al. 2003, Richman and Lovvorn 2003). In addition, both species must increase their reserves above that necessary for daily energy requirements in preparation for physiological stresses associated with spring migration and the highly variable environmental conditions encountered during migration and upon arrival on the ACP breeding grounds. It is understood that the SPEI and STEI are adapted (i.e., morphology, physiology, and behavior) to the narrow window of opportunity with which to breed, nest, incubate eggs, rear young, molt, and migrate and are therefore capable of dealing with **natural environmental perturbations**.

Relative to potential effects of disturbance, a number of points (see also Appendix 2) need to be reiterated here. Disturbance (depending on type, level, frequency, duration, etc.) and in particular repeated disturbance during incubation, brood-rearing, and molting periods may be

energetically costly to SPEI and STEI, as has been documented for geese (Dirksen et al. 1979, Belanger and Bedard 1989, 1990; Miller et al. 1994, Ward et al. 1994, 1999). If the disturbance causes either an (a) increase in daily energy expenditures and/or (b) forces birds to use sub-optimal foraging habitats, disturbance-related effects will possibly lengthen duration required to complete molt for adults (Taylor 1995) and time to fledge for ducklings. In addition, energetic 'deficits' may manifest itself through inability to acquire sufficient reserves to complete migration or via reduced survival (Haramis et al. 1986). Though separate effects (a and b above), both almost certainly reflect additional 'costs' accrued to disturbed individuals. Also, *each* disturbance likely results in increased metabolic demands (there is an energetic cost associated with each disturbance and each specific behavior(s) which would = '0' cost in the absence of the disturbance), increased time off nests (during incubation) and increased movements. Such modification in behavior due to disturbance could result in increased rates of abandonment, increased predation risk on disturbed individual females and their unattended nests (decrease in nest success/egg survival), as well as increased predation on adults and young during brood-rearing. **Impact assessment has lagged behind its ability to quantify impacts to wildlife even with an increasing need to accurately measure impacts and develop appropriate mitigation strategies for impacts considered adverse (Truett et al. 1994).**

**It should be noted that each of the numbered points described in Appendix 2 may act in a cumulative, additive fashion (interact) that may result in direct 'take' or loss of individuals away from the proposed area of action. In addition, it is possible, if not probable, that cumulative sublethal effects may (a) impose limits to population growth or (b) cause the respective 'populations' of SPEI and STEI in Alaska (both on the ACP and the YKD) to continue on a downward trajectory.** Until significant policy or management changes are implemented both SPEI and STEI breeding populations are likely to remain below population objectives described in the respective recovery plans (refer to USFWS 1996, 2002).