## Salyer, Michael

**From:** Wilder, James
**Sent:** Tuesday, August 15, 2006 9:16 AM
**To:** King, Fred
**Cc:** Salyer, Michael; Cranswick, Deborah
**Subject:** 193

Hi Fred,

I'm just writing to give you another heads up. Not to beat a dead horse, but MMS needs to be aware that given the short time frame for my work on 193, my analysis will be a cursory look, at best. I don't think anyone will consider it a "good, hard look". My understanding is that work on the 193 EIS has been going on for a year now. However, nothing was done on my section prior to June of this year. I picked it up after finishing ongoing work with the PEA and 202 projects, and had to start from scratch, with no background knowledge and no pre-written sections from other environmental documents to work from (i.e. cut and paste from). Because I have not been involved in background discussions and the development of this EIS, I don't really have a solid grasp of its scope and feel that I am working in the dark, somewhat. As a result, my analysis will not be robust and I doubt it will stand up to any sort of critical scrutiny. I will do my best with the situation I have been given, but I thought you should be aware of the product you will be getting.

As a side note, prior to working on the PEA, I have had no real experience with NEPA. Deb was able to send me to a two day introductory NEPA class back in May, but I really feel that I would benefit from substantially more NEPA training. The sooner the better.

Thanks, jw