## Sloan, Pete

**From:** Banet, Susan
**Sent:** Friday, August 18, 2006 9:03 AM
**To:** Walker, Jeffrey; Sloan, Pete
**Cc:** Wall, Rance
**Subject:** Section II RE comments
**Attachments:** Section II (2)REcomments.doc

Jeff, look at pages 14 and 10 for places where I think that you need to clarify FO's position concerning ancillary seismic.

***Susan Banet***
**Supervisory Geologist**
**MMS-Alaska**
**907-334-5323**

# II. ALTERNATIVES INCLUDING THE PROPOSED ACTION

## II.A. Lease Sale 193 NEPA Analysis.

Readers of this Sale 193 draft environmental impact statement (EIS) are alerted to some noticeable differences in this EIS as compared to previous Alaska Outer Continental Shelf (OCS) EIS's. To provide a more concise, reader-friendly, and useful analysis of potential effects and impacts of proposed activities, Minerals Management Service (MMS) has begun to streamline its EIS's. For example, the previous Chukchi Sea Lease Sale 126 analysis of environmental effects presented three separate resource levels (low, base, and high); the Sale 193 analysis treats a composite of this information in a single-case analysis. This single case represents the statistically most likely development activity associated with a reasonable range of resources estimated for the Sale 193 area given the uncertainties of geology, engineering, and economics that exist now. Furthermore, the Sale 193 EIS also analyzes prelease exploration seismic-survey activity in the Chukchi Sea Planning Area and complements the Programmatic Environmental Assessment (PEA) *Arctic Ocean Outer Continental Shelf Seismic Surveys – 2006*. The Sale 193 EIS summarizes and incorporates relevant background information from the PEA for seismic activities in the Chukchi Sea, which is incorporated by reference. Such streamlining and use of incorporation by reference follows the intent of the Council on Environmental Quality (CEQ) regulations of 40 CFR Section 1502.21, which encourage agencies to incorporate by reference material into an EIS. The MMS cites the incorporated material and briefly describes and summarizes its content. All material incorporated by reference is reasonably available for inspection by interested persons within the public comment period and is available either in local public libraries or from the MMS Alaska OCS Region.

**Deleted:** a

**Deleted:** cases

**Deleted:** 3 draft

**Deleted:** associated with

**Deleted:** analyzes new, significant information

**Deleted:** in

**Deleted:** and

## II.B. Alternatives, Mitigating Measures, and Issues.

With the publication of a Notice of Intent to Prepare an Environmental Impact Statement (NOI) in the *Federal Register* on September 14, 2005 (70 *FR* 54406), MMS initiated the process to prepare a comprehensive "areawide" EIS for proposed Lease Sale 193. The EIS and prelease process will not be completed in time to allow the Sale during the current 5-Year Program, which expires on June 30, 2007. Lease Sale 193 is tentatively scheduled for November 2007, subject to its retention in the next 5-Year Program for 2007-2012 and final adoption of the Program by the Secretary of Interior.

**Formatted:** Font: Italic

**Deleted:** However,

**Deleted:** t

In accordance with the CEQ's procedures for implementing the procedural provisions of NEPA, scoping was conducted to solicit comments on the Proposed Action and the Lease Sale EIS. Scoping provides those with an interest in the OCS Program an early opportunity to participate in the events leading to the publication of the draft EIS. Although the scoping process is formally initiated by the publication of the Call for Information (Call) and NOI, scoping efforts and other coordination meetings are ongoing. Further information on the scoping process is found in Section VI.

The MMS also conducted coordination with appropriate Federal and State agencies and other MMS Alaska OCS Region stakeholders to discuss the proposed lease sale. Key agencies and organizations included the National Oceanic and Atmospheric Administration (NOAA) National Marine Fisheries Service (NMFS), Fish and Wildlife Service (FWS), U.S. Environmental Protection Agency (USEPA), State Governor's office, tribes and local governments, and industry groups.

**Deleted:** customers

**Deleted:** ,

**Deleted:** U.S. Department of Defense (DOD),

**Deleted:** U.S. Coast Guard (USCG),

**Deleted:** s'

**Deleted:** s

The result of the scoping effort was the identification of the alternatives, mitigation measures, and issues described in the following.

The Chukchi Sea Planning Area experienced a modest level of activity in the late 1980's and early 1990's and renewed interest as an area of potential oil and gas leasing in the last few years. The current Chukchi Sea Planning Area includes a 1,952-block area north of Barrow that was part of the Beaufort Sea Planning Area prior to 1991. Portions of the current area were offered in four previous lease sales (Beaufort Sea Sale 97 and Chukchi Sea Sale 109 in 1988 and Chukchi Sea Sale 124 and Beaufort Sea Sale 126 in 1991).

**Deleted:** C

increase (usually 5-6 dB per 5-minute increment) in emitted sound levels, beginning with firing a single airgun and gradually adding airguns over a period of at least 20-40 minutes, until the desired operating level of the full array is obtained. Ramp-up procedures may begin after observers ensure the absence of marine mammals for at least 30 minutes. Ramp-up procedures shall not be initiated at night or when monitoring the exclusion zone is not possible. A single airgun operating at a minimum source level can be maintained for routine activities, such as making a turn between line transects, for maintenance needs or during periods of impaired visibility (e.g., darkness, fog, high sea states), and does not require a 30-minute clearance of the exclusion zone before the airgun array is again ramped up to full output.

**Field Verification** – Before conducting the survey, the operator shall verify the radii of the exclusion zones within real-time conditions in the field. This provides for more accurate exclusion-zone radii rather than relying on modeling techniques before entering the field. Field-verification techniques must be consistent with NMFS-approved guidelines and procedures. When moving a seismic-survey operation into a new area, the operator shall verify the new radii of the exclusion zones by applying a sound-propagation series.

**Monitoring of the Seismic-Survey Area** – Aerial-monitoring surveys or an equivalent monitoring program acceptable to the NMFS may be required.

**Reporting Requirements** – Reporting requirements, such as the monitoring plans required by FWS for polar bears and walruses prior to the start of seismic activities, provide the regulating agencies with specific information on the monitoring techniques to be implemented and how any observed impacts to marine mammals will be recorded. In addition, operators must report immediately any shut downs due to a marine mammal entering the exclusion zones and provide the regulating agencies with information on the frequency of occurrence and the types and behaviors of marine mammals (if possible to ascertain) entering the exclusion zones.

**Temporal/Spatial/Operational Restrictions** – Dynamic management approaches to avoid or minimize exposure, such as temporal or spatial limitations are based on marine mammals being present in a particular place or time, or being engaged in a particularly sensitive behavior (such as feeding).

- Seismic survey must not occur in the Chukchi Sea spring lead system before July 1, unless authorized by NMFS, to provide bowhead cow/calf pairs additional protection.
- Seismic-survey activities are not permitted within the Ledyard Bay spectacled eider critical-habitat area.
- Seismic-survey support aircraft must avoid overflights of Ledyard Bay critical-habitat area after July 1; unless aircraft are at an altitude in excess of 1,500 feet or human safety requires deviation (e.g., a medical emergency).

**II.B.4.b. Optional Mitigation Measures**

Depending on the environmental issues and analysis associated with an individual seismic survey or with multiple seismic surveys in the Chukchi Sea Proposed Action Area, some of the mitigations measures described below may be selectively incorporated in MMS-issued Geological and Geophysical exploration permits as stipulations. Any incorporated mitigation measures would function to further reduce the potential for causing adverse environmental impacts. However, MMS mitigation measures addressing impacts to marine mammals and threatened and endangered species would be superseded by specific measures identified in Marine Mammal Protection Act-related incidental take authorizations and/or Endangered Species Act-related reasonable and prudent alternatives.

- A 120-dB monitoring (safety) zone for bowhead whales in the Beaufort Sea will be established and monitored, once four or more bowhead whale cow/calf pairs are observed at the surface during an aerial monitoring program within the area to be seismically surveyed during the next 24 hours. No seismic surveying shall occur within the 120-dB safety zone around the area where the whales were observed, until two consecutive surveys (aerial or vessel) indicate they are no longer present within the 120-dB safety zone of seismic-surveying operations.

**Formatted:** Bullets and Numbering

**Comment [PS7]:** This was for 2006 only. A new formal section 7 consultation is needed, and the no seismic in Ledyard Bay needs to be discussed.

**Comment [PS8]:** This section should be deleted. Many of these measures were based on flawed science. It will be easier to explain why they are not in the EIS if questioned during the comment period of the draft than it is to explain the bad science and why these measures should not be used again.

**Formatted:** Font: 10 pt

**Formatted:** Font: (Default) Times New Roman

**Formatted:** Font: (Default) Times New Roman

**Formatted:** Font: 10 pt

**Formatted:** Font: (Default) Times New Roman

**Formatted:** Bullets and Numbering

**Comment [PS9]:** Delete this section. This is a Chukchi EIS, not a Beaufort.

- A 120-dB aerial monitoring zone for bowhead whales in the Chukchi Sea will be established and monitored: (1) once four or more migrating bowhead whale cow/calf pairs are observed at the surface during the vessel research-monitoring program; (2) once Barrow whalers notify NMFS or MMS that bowhead whale cow/calf pairs are passing Barrow; or (3) on September 25, whichever is earliest. Once notified by NMFS or MMS, a daily aerial survey will occur (weather permitting) within the area to be seismically surveyed during the next 24 hours. Whenever four or more migrating bowhead whale cow/calf pairs are observed at the surface during an aerial monitoring program, no seismic surveying shall occur within the 120-dB monitoring zone around the area where the whales were observed by aircraft, until two consecutive surveys (aerial or vessel) indicate they are no longer present within the 120-dB safety zone of seismic-surveying operations.
- A 160-dB vessel monitoring zone for bowhead and gray whales will be established and monitored in the Chukchi Sea during all seismic surveys. Whenever an aggregation of bowhead whales or gray whales (12 or more whales of any age/sex class that appear to be engaged in a nonmigratory, significant biological behavior [e.g., feeding, socializing]) are observed during an aerial or vessel monitoring program within the 160-dB safety zone around the seismic activity the seismic operation will not commence or will shut down immediately, until two consecutive surveys (aerial or vessel) indicate they are no longer present within the 160-dB safety zone of seismic-surveying operations.
- Dedicated aerial and/or vessel surveys, if determined by NMFS to be appropriate and necessary, shall be conducted in the Beaufort and Chukchi seas during the fall bowhead whale-migration period to detect bowhead whale cow/calf pairs and to detect aggregations of feeding bowhead and gray whales. The protocols for these aerial and vessel monitoring programs will be specified in the MMPA authorizations granted by NMFS.
- Survey information, especially information about bowhead whale cow/calf pairs or feeding bowhead or gray whales, shall be provided to NMFS as required in ITA's, and will form the basis for NMFS determining whether additional mitigation measures, if any, will be required over a given time period.
- Seismic-survey and associated support vessels shall observe a 0.5-mile (~800-meter) safety radius around Pacific walrus groups hauled out onto land or ice.
- Aircraft shall be required to maintain a 1,000-foot minimum altitude within 0.5 miles of hauled-out Pacific walruses.
- Seismic-survey operators shall notify MMS, NMFS, and FWS in the event of any loss of cable, streamer, or other equipment that could pose a danger to marine mammals.
- To avoid significant additive and synergistic effects from simultaneous seismic-survey operations that might hinder the migration of bowhead whales, NMFS and MMS will review the seismic-survey plans and may require special restrictions, such as additional temporal or spatial separations.
- Seismic cables and airgun arrays must not be towed in the vicinity of fragile biocenoses, unless MMS determines the proposed operations can be conducted without damage to the fragile biocenoses. Seismic-survey and support vessels shall not anchor in the vicinity of fragile biocenoses (e.g., the Boulder Patch, kelp beds) as identified by MMS or may be discovered by the operator during the course of their operations, unless there is an emergency situation involving human safety and there are no other feasible sites in which to anchor at the time. Permittees must report to MMS any damage to fragile biocenoses as a result of their operations.
- Seismic-survey and support vessels will minimize operations that require high-intensity work lights, especially within the 20-m-bathymetric contour, to minimize the potential for adverse impacts to marine birds.
- High-intensity lights will be turned off in inclement weather when the seismic vessel is not actively conducting surveys to minimize the potential for adverse impacts to marine birds; however, navigation lights, deck lights, and interior lights could remain on for safety.
- All bird-vessel collisions shall be documented. Minimum information will include species, date/time, location, weather, and operational status of the survey vessel when the strike occurred. If eiders or murrelets that are injured or killed through collisions are recoverable, seismic-survey personnel should contact the Fairbanks Fish and Wildlife Field Office, Endangered Species

**Comment [PS10]:** This section should be deleted . The is no evidence cow/calf pairs need to have additional protection. Additionally, the 120 dB zone is huge (50 + km radius) making the monitoring of so large a zone almost impossible. Safety factors also come into play. Monitoring the 120 dB zone requires extensive over water flights in an area with few alternate landing areas in case of bad weather.

**Comment [PS11]:** If NMFS wants this, they will put it in the IHA. MMS should not be addressing these issues.

**Comment [PS12]:** This is a required reporting in the IHA. MMS does not need to address it in the EIS.

**Comment [PS13]:** This is a requirement by USF&W. It should not be part of an MMS permit. If USF&W wants this, they will put it in their IHA.

**Comment [PS14]:** Same as before.

**Comment [PS15]:** This is not a mitigation. It is a consultation, and will be covered in the IHA.