**Salyer, Michael**

| | |
|---|---|
| **From:** | Banet, Susan |
| **Sent:** | Monday, August 21, 2006 8:12 AM |
| **To:** | Salyer, Michael; Crayton, Wayne |
| **Cc:** | Sloan, Pete; Wall, Rance |
| **Subject:** | RE comments on Sec II |
| **Attachments:** | Section II (2)REcomments.doc |

I am not sure if anybody passed along these comments for Sec II. As you know, RE is not happy about the inclusion of all the mitigation measures from the 2006 PEA FONSI. We made extensive comments. We feel that all the "Optional" measures should be deleted or greatly edited. Many of them are determined by other agencies and really should only show up in the ITA's issued by the regulating agency.

My other observation is that everything that was cut and pasted from Beaufort documents needs to be heavily edited. Why don't you use the last Chukchi EIS as a source for some of this info?

***Susan Banet***
**Supervisory Geologist**
**MMS-Alaska**
**907-334-5323**