## Banet, Susan

**From:** Sloan, Pete
**Sent:** Monday, August 28, 2006 7:42 AM
**To:** Salyer, Michael
**Cc:** Banet, Susan; Wall, Rance; Goll, John
**Subject:** Section 4 comments

Mike, I have made a number of comments, deletions, etc. in section 4. Most of the comments are in the threatened marine mammal section. I strongly feel that a major edit/ rewrite is needed in these section. Otherwise, MMS will be in the same position we were with the PEA, hanging our hat on bad science and flawed interpretation. The author of this section took an extreme position when writing it, and ignored all the previous history of seismic in the arctic and the fact that the bowhead population has increased at about 3% a year during periods of time when a lot of seismic activity was occurring.
Pete