## Salyer, Michael

**From:** Crayton, Wayne
**Sent:** Monday, August 28, 2006 4:21 PM
**To:** Salyer, Michael; Cranswick, Deborah
**Cc:** King, Fred
**Subject:** Sect IV T&E MM issues to resolve

Mike and Debbie: We have our instructions from John. I suggest that Greg and Judy become familiar with RE's comments and concerns before we can have productive discussions with them about the issue(s) at hand....it shouldn't take them too long because many of these issues were discussed and debated when we worked on the PEA. I also believe RE needs to be represented from the get-go as we begin to develop a strategy to resolve matters. I think that supplying Greg and Judy with RE's comments along with the Chukchi Sea Lease Sale 193 working draft EIS will get things started, along with instructions to especially review Section IV T&E Marine Mammals while keeping in mind RE's comments. At some point a definitive decision will have to be made on what text will appear in the EIS, and what won't...the person who will make that decision has not be identified, but given the national implications for both MMS and NMFS, that person needs to be at a management level and be identified soon. Discussion? Wayne

-----Original Message-----
From: Goll, John
Sent: Monday, August 28, 2006 2:00 PM
To: Crayton, Wayne; Salyer, Michael; Cranswick, Deborah
Cc: King, Fred
Subject: Re: Chukchi Sea 193 Section IV T&E MM

Discuss a strategy with Greg Gould and Judy Wilson.
--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Crayton, Wayne <Wayne.Crayton@mms.gov>
To: Salyer, Michael <Michael.Salyer@mms.gov>; Cranswick, Deborah <Deborah.Cranswick@mms.gov>
CC: King, Fred <Fred.King@mms.gov>; Goll, John <John.Goll@mms.gov>
Sent: Mon Aug 28 14:39:45 2006
Subject: Chukchi Sea 193 Section IV T&E MM

Mike and Debbie: I received RE's comments on the subject section. I went into the document on the G drive and made the changes which were easily done and were without controversy. However, the vast majority of RE's comments seriously challenge the "basis" for establishing stipulations related to the 120dB and 160 dB monitoring/exclusion zones for aggregations of bowhead whales and cow-calve pairs. I did not address (nor am I qualified to address) RE's concerns on this matter, as I was not the original author of the section's "basis" plus, ConocoPhillips' is legally challenging the same "basis" MMS used to establish related G&G permit stipulations and NMFS used to establish related IHA stipulations. This is obviously a very complicated situation which has national implications for both MMS and NMFS, so I hope you can understand how I am amazed that we haven't received any guidance to date from DOI about how ConocoPhillip's challenge will be addressed and/or by whom.

I believe Section IV T&E MM cannot be "finalized" until this matter is settled by MMS Headquarters and MMS Alaska Regional managers, and I strongly encourage coordinating a solution with NMFS staff. There is no time between now and this Friday, September 1 (which is when the Chukchi Sea 193 working draft EIS is scheduled to go to MMS Headquarters for review) to resolve this issue, so I recommend that what I saved to the G drive be what is submitted to MMS Headquarters for now. I also recommend that RE's comments (see attached file) also be sent to MMS Headquarters at the same time so that they can put things into perspective and plan accordingly.

Wayne

<<Sec  IV Sloans T&E Comments.doc>>