## Salyer, Michael

**From:** Crayton, Wayne
**Sent:** Wednesday, August 30, 2006 8:42 AM
**To:** Cranswick, Deborah; Salyer, Michael
**Cc:** King, Fred
**Subject:** Unresolved Issues Text

Mike and Debbie: With us incorporating the subject text into the Chukchi 193 EIS, am I to assume that we have solved the issue(s) pertaining to RE's comments on Section IV and we no longer need to coordinate with Greg and Judy, as John Goll had requested? I think what we have proposed provides a middle-ground for moving forward with the Chukchi 193 EIS yet recognizes the "controversy" surrounding RE's comments and the ConocoPhillips challenge. However, I think that in some way, RE's concerns and comments about Section IV need to addressed internally with LE and John Goll, as at some point I suspect Milo (who is handling the ConocoPhillips challenge for MMS) will request Regional input and I would think we would want to present a united position on the topic(s). Fred mentioned that he was going to talk with Rance about the situation so I hope that goes/went well. Discussion? Wayne

---

**From:** Cranswick, Deborah
**Sent:** Tuesday, August 29, 2006 5:01 PM
**To:** Crayton, Wayne; Salyer, Michael
**Subject:** Another redraft RE: ReDraft Unresolved Issues Text
**Importance:** High

Here's another version. I added to Wayne's text below, rearranged and revised a bit, and heeded Wayne's warning not to put in too much.

The scientific basis MMS used in the *Programmatic Environmental Assessment* (PEA) *of Arctic Ocean Outer Continental Shelf Seismic Surveys – 2006* (OCS EIS/EA, MMS 2006-038) to develop 2006 Geological and Geophysical (G&G) permit stipulations to develop the 120 dB and 160 dB monitoring/exclusion zones for aggregations of bowhead whales and cow-calf pairs is being administratively challenged within the U.S. Department of the Interior by G&G permittee ConocoPhillips Alaska, Inc.

The PEA reached a Finding of No Significant Impact for the selected alternative incorporating standard G&G permit mitigation measures and additional protective measures based on (1) the measures included in the July 1999 and August 2001 Incidental Harassment Authorizations from the NMFS for marine geophysical permits in the Beaufort Sea, (2) MMS's recent seismic surveying permits, (3) NMFS's 1999 and 2001 Arctic Open-water meetings, and (4) MMS's Arctic Region Biological Evaluation, dated March 3, 2006, prepared for ESA Section 7 consultation with NMFS. Given the lack of recent scientific information for some resources, the MMS adopted a cautious approach and developed additional mitigation measures to further reduce the potential for adverse environmental impacts. These measures included 120 dB and 160 dB exclusion zones for aggregations of bowhead whales and cow-calf pairs under specific circumstances to reduce the potential seismic survey/bowhead whale interactions and any related adverse effects. The additional measures also included required monitoring intended to provide (1) real time information on the presence of marine mammals and coastal and marine birds in support of adaptive management of mitigation, and (2) additional scientific information on occurrence of biological resources, their response to seismic surveying operations, and the need for and effectiveness of the mitigation measures. The new information obtained from the required monitoring during the 2006 open water seismic survey season (which will end in November 2006, weather depending), in concert with the results of the administrative challenge, will inform future MMS NEPA analyses and determine the fate of the subject seismic survey-related stipulations and mitigation measures.

---

**From:** Crayton, Wayne
**Sent:** Tuesday, August 29, 2006 2:46 PM
**To:** Salyer, Michael; Cranswick, Deborah

**Subject:** ReDraft Unresolved Issues Text

Mike and Debbie: Here's another version to consider. The blue text are the revisions/additions....feel free to add/delete text.....

The scientific basis MMS used in the *Programmatic Environmental Assessment* (PEA) *of Arctic Ocean Outer Continental Shelf Seismic Surveys – 2006* (OCS EIS/EA, MMS 2006-038) to develop 2006 Geological and Geophysical (G&G) permit stipulations related to the 120dB and 160 dB monitoring/exclusion zones for aggregations of bowhead whales and cow-calf pairs is being administratively challenged within the U.S. Department of the Interior by a representative of the oil and gas industry, ConocoPhillips Alaska, Inc.. The PEA's Finding of No Significant Impact included proactive mitigation measures associated with the 120dB and 160 dB monitoring/exclusion zones for aggregations of bowhead whales and cow-calf pairs in order to address the recognized scientific-uncertainty about the potential less-than-significant impacts of seismic survey/bowhead whale interactions. The results of the administrative challenge, in concert with the monitoring-report-findings of the 2006 open water seismic survey season (which will end in November 2006, weather depending), will determine the fate of the subject stipulations and what suite of seismic survey-related mitigation measures will appear in future OCS National Environmental Policy Act documents and related G&G permit stipulations.