# Biological Evaluation of

# Spectacled Eider (*Somateria fischeri*),

# Steller's Eider (*Polysticta stelleri*), and

# Kittlitz's Murrelet (*Brachyramphus brevirostris*)

# for

# Chukchi Sea Lease Sale 193

## Minerals Management Service

## September 2006

**(includes 6 February 2007 Addendum)**

## Table of Contents

Purpose and Need ....................................................1

Action Area ....................................................1

Description of Lease Sale 193 ....................................................1

Endangered Species Act Section 7 Consultation Process ....................................................11

Biological Status of Steller's Eider ....................................................12

Endangered Species Act Status of Steller's Eider ....................................................19

Steller's Eiders in the Proposed Action Area ....................................................20

Biological Status of Spectacled Eider ....................................................22

Endangered Species Act Status of Spectacled Eider ....................................................29

Spectacled Eiders in the Proposed Action Area ....................................................31

Biological Status of Kittlitz's Murrelet ....................................................33

Endangered Species Act Status of Kittlitz's Murrelet ....................................................36

Consequences of the Proposed Action on Listed or Candidate Species ....................................................37

Cumulative Effects ....................................................59

Summary of Effects ....................................................59

Determination of Effects ....................................................63

References ....................................................64

Figure 1: Proposed Lease Sale Area and Offshore Migration Routes for Spectacled Eiders
Figure 2: Ledyard Bay Spectacled Eider Critical Habitat Area
Figure 3: Kittlitz's Murrelet Distribution in Chukchi Sea

Appendix A*: Oil Spill Information, Models, and Assumptions
A.1: Supporting Tables for OSRA
A.2: Supporting Tables indicating Conditional and Combined Probabilities and Maps of Environmental Resource Areas, Launch Areas and Pipelines

note *Please see these materials in the original Lease Sale 193 FEIS

# Biological Evaluation of Steller's Eider (*Polysticta stelleri*), Spectacled Eider (*Somateria fischeri*), and Kittlitz's Murrelet (*Brachyramphus brevirostris*) for Chukchi Sea Lease Sale 193

## Purpose and Need

The United States has a high dependency on imported oil to supply current and projected demands. Consequently, Congress passed the Outer Continental Shelf Lands Act, which mandated that it is in the national interest to investigate and develop potential domestic supplies to reduce this dependency.

## Action Area

Under the current 5-year OCS leasing program (2002-2007), the Chukchi Sea Program Area encompasses approximately 137,600 $km^2$ (34 million acres) (Figure 1). Lease sale 193 is part of the current 5-year OCS-leasing program. Lease sales 211 in 2010 and 221 in 2012 are proposed in the next 5-year program.

## Description of Lease Sale 193

**Existing Framework for the Exploration and Development Scenario.**
The MMS traditionally bases its hypothetical development scenarios on geologic potential, industry trends, and available technology. While no development has occurred in the Chukchi Sea lease sale area after two lease sales and limited exploration activity has occurred, we assume that the next lease sale will result in an oil field that is leased, discovered, developed, and produced in the sale area under consideration. This section details the scientific, economic, geologic, and other assumptions on which the exploration, development, and transportation scenarios in this biological assessment are based.

The location of any commercial oil accumulation is purely hypothetical until oil is proven by drilling. While the following scenario is reasonable and provides a basis for analyzing the effects, considerable uncertainty exists about where and when activities may take place, if they take place at all. In addition to uncertainty about the size and location of geologic resources, many other factors would influence where leasing, exploration, and development might take place such as the price of oil, the availability of competing oil-production areas, and company perspectives about Alaska. Offshore development in the Chukchi outer continental shelf (OCS) would have synergistic effect on the level of offshore activities in the adjacent Beaufort Sea as well as field development in the NPR-A.

This section describes the overall framework or setting for petroleum activities in the Chukchi Sea leasing area. Scenarios are conceptual views of the future and represent possible, though not necessarily probable, sets of activities. To develop the scenarios we consider the petroleum-resource potential of the area, the technology to explore and produce oil and gas from the offshore area, and industry trends in northern Alaska. The scenario is generated using professional judgment, not rigorous statistical data, because the size and location of oil and gas pools are unknown at the present time and MMS has no direct knowledge of future industry

## Endangered Species Act Status of the Steller's Eider

The Steller's eider was petitioned in December 1990 to be listed as endangered under the Endangered Species Act. Listing range-wide did not appear to be warranted given the relatively large number (~138,000) of Steller's eiders observed on the wintering area(s) in southwest Alaska. However, the Alaskan breeding population was listed as threatened on 11 June 1997 based on an apparent contraction of the species' breeding range in Alaska and due to a perceived increase in its vulnerability to extirpation (USFWS 1997).

**Reasons for Listing**

The Alaska nesting population of Steller's eiders was listed because of (1) its recognition as a distinct vertebrate population segment, (2) a substantial decrease in the species' nesting range in Alaska, (3) a reduction in the number of Steller's eiders nesting in Alaska, and (4) the vulnerability of the remaining breeding population to extirpation. Specific reasons the FWS listed the Alaskan nesting population are:

Habitat Loss. The direct and indirect effects of future oil and gas development within the National Petroleum Reserve-Alaska, and future village expansion (e.g., at Barrow), were cited as potential threats to the Steller's eider. Within the marine distribution of Steller's eiders, perceived threats include marine transport, commercial fishing, and environmental pollutants.

Hunting. Although not cited as a cause in the decline of Steller's eiders, the take of this species by subsistence hunters was cited as a threat to the population of Steller's eiders near Barrow in the final rule. Steller's eiders from the Alaska population are known to use marine waters off the Russian coast suggesting that Steller's eiders from the Alaska population could possibly be shot in Russia. Hunters from four Russian villages are reported to have shot from 3,000 to 4,500 Steller's eiders annually in the 1990's (Syroechkovski and Zockler 1997).

Predation. Increased predation by arctic foxes (*Alopex lagopus*) resulting from the concurrent crash of goose populations is cited as a possible contributing factor to the decline of the Steller's eider on the Yukon-Kuskokwim Delta (YKD). The potential for increased predation near villages resulting from the villages' associated gull and raven populations was also cited as a potential threat to this species.

Lead Poisoning. The presence of lead shot in the nesting environment on the YKD was cited as a continuing potential threat to the Steller's eider. Regulations requiring the use of non-toxic shot for hunting waterfowl, cranes, and snipe in Alaska were implemented during the 1991-1992 migratory bird-hunting season (USFWS 1991). Local problems with lead in the Arctic still exist, particularly in areas where lead shot was or still is widely used for hunting. Lead pellets will continue to be eaten by birds as long as they remain in the environment. Effects of lead poisoning are apparent in some birds, such as the Steller's eider in Alaska (AMAP 2002).

Ecosystem Change. The Service cites direct and indirect changes in the marine ecosystem caused by increasing populations of Pacific walrus, gray whale, and sea otter, as potential causes of the decline of Steller's eiders (USFWS 1997). Subsequent declines in sea otter populations (USFWS 2000a) and continuing declines in Steller's eider populations suggest that otters were not responsible for a decline in eider numbers. In addition, changes in the commercial fishing

industry were also cited as perhaps causing a change in the marine ecosystem with possible effects upon eiders. However, the FWS (2002c) is unaware of any link between changes in the marine environment and contraction of the eider's breeding range in Alaska.

Overall, one or more of these factors/threats could reduce survivorship and/or recruitment and, over time, be the underlying cause of Steller's eider decline.

**Range-wide Population Trend**

Populations of Steller's eiders molting and wintering along the Alaska Peninsula have declined since the 1960s (Kertell 1991) and appear to be in continued decline (Flint et al. 2000, Larned 2004). The imprecision of breeding ground estimates precludes detection of any but the most obvious population trends. However, if a marine-based threat is causing a decline in the world population of Steller's eiders, then it seems reasonable to conclude that the Alaska breeding population may also be affected by such a threat.

**Critical Habitat**

Critical habitat was designated for the Steller's eider on 10 January 2001 (USFWS 2001a). Designated critical habitat includes the Yukon-Kuskokwim Delta nesting areas and the Kuskokwim Shoals fall molting and spring staging area. Other critical habitat includes molting and staging lagoons along the north coast of the Alaska Peninsula including the Seal Islands, Nelson Lagoon and Port Moller, and Izembek Lagoon. The nesting area around Barrow and specific wintering areas south of the Alaska Peninsula and in the Aleutian Islands are not designated as critical habitat.

## Steller's Eiders in the Proposed Action Area

Steller's eiders are currently found in relatively low numbers within the proposed action areas. Although the historical range is believed to have once extended east past the Canadian border (Quakenbush et al. 2002), the current Arctic Coastal Plain nesting population is apparently centered near Barrow (Larned et al. 2001a, b, 2003).

**Traditional Knowledge**

Migratory field notes were collected at Kivalina, Alaska, during November 1997 (Georgette 2000). Kivalina is about 60 miles southeast of Point Hope, the southernmost point of the survey area. A comment on the occurrence of Steller's eiders at Point Hope was also made at Kivalina (Georgette 2000). Traditional knowledge is that there are not too many Steller's eiders around Point Hope. According to traditional knowledge, Steller's eiders come around Point Hope in June and July (including males) and again in the fall (females and juveniles). Steller's eiders rounding Point Hope on their way to Alaska nesting areas near Barrow likely number in the hundreds or low thousands, and are composed of the current Alaskan breeding population in addition to unknown numbers of non-breeding birds that may occupy lagoons and near-shore waters of the northeastern Chukchi and Beaufort seas.

**Previous Studies**

Williamson et al. (1966) listed Steller's eiders as occurring in the Cape Thompson area 25 miles southeast Point Hope during surveys for Project Chariot at Ogotoruk Creek. Steller's eiders were listed as occupying marine littoral, lacustrine, and beach environments in order of affinity. In

this study, marine littoral waters extended seaward 2 miles from shore. Steller's eiders were listed as present from June 1 through October 4 and uncommon, but possibly breeding in the area. It is not known if Steller's eiders still nest in this area.

Johnson et al. (1992) reported on the use of Kasegaluk Lagoon by marine birds. Kasegaluk Lagoon is in the eastern Chukchi Sea and adjacent to the proposed lease sale area. Three sightings of 30 Steller's eiders were mentioned in the report. The mean density of Steller's eiders occupying the Kasegaluk Lagoon survey area in 1991 was 0.04 (SD $\pm$ 0.17) Steller's eiders per $km^2$.

Perhaps the most important study relative to the proposed seismic surveys is the recent telemetry tagging of Steller's eiders (P. Martin in prep.). During this study, ten transponder tags were implanted in breeding Steller's eiders near Barrow and their movements tracked by satellite. Steller's eiders began leaving the Arctic Coastal Plain nesting areas on 23 June. After leaving the ACP, there was considerable use of coastal marine waters from Wainwright to Dease Inlet, and some use of coastal waters in the vicinity of Cape Beaufort (between Cape Lisburne and Point Lay). At least eight individual Steller's eiders were tracked from Point Barrow across the Chukchi Sea to Siberia and back to Alaska.

Quakenbush et al. (2002) summarized the historical and present breeding season distribution of Steller's eider in Alaska to define the historical and recent breeding range on the Arctic Coastal Plain, and determined the center of recent breeding abundance to be in the region of Barrow.

Aerial surveys were conducted in near-shore waters along barrier islands of the ACP from the southern end of Kasegaluk Lagoon to the Canadian border and summarized sighting of Steller's eiders from 1999 through 2004 (Dau and Larned 2004). Steller's eiders are apparently rare along these coastal waters in June because only three Steller's eiders are reported over the five years summarized (Dau and Larned 2004).

The breeding biology of Steller's eiders near Barrow is well documented. Quakenbush (2004) studied the breeding biology of Steller's eiders during a ten-year study near Barrow that confirmed low survival and the effects of predation on broods.

Average brood size (unknown ages) documented in the Alpine oilfield was 3.3 ducklings/brood ($n$ = 33 broods; 1993-2003) with all but one brood observed on the Colville Delta North study area (Burgess et al. 2000, Johnson et al. 2004, 2000). Estimates of duckling survival have not been done for North Slope spectacled eiders, but are probably within the range of estimates (34%; 95% CI 25-47%) obtained for spectacled eider ducklings on the YKD (Flint and Grand 1997). Females with broods may disperse up to 14km, but most use freshwater lakes within 5km of nest sites, eventually moving to coastal areas in late August or September (Harwood and Moran 1993, Moran and Harwood 1994). Fledging occurs approximately 50 days after hatching. Males take no part in incubation or brood rearing.

Pearce et al. (1998b) proposed that smaller clutch sizes documented for spectacled eiders nesting in Arctic Russia as compared to the YKD, may be due to latitudinal differences (shorter window of opportunity) in spring break-up (and higher energetic demands associated with longer migration) and its potential effects on female nutrient reserves through reduced foraging opportunities for females or increased energy requirements during clutch formation and incubation.

*Survival and Recruitment*

Annual adult female survival can average 93% and duckling survival can average 34% (Flint and Grand 1997). Recruitment rate of spectacled eiders is unknown (USFWS 1999).

Using radio-marked females in the Kashunuk River study area (1993-1995), Flint and Grand (1997) determined that pooled (across years) daily survival rate of marked females and ducklings (<30 days of age) was 92% and 34%, respectively. Most duckling mortality occurred within the first 10 days after hatch and nearly 50% of radio-marked females lost their entire brood by 30 days post-hatch. Duckling survival estimates from this study were similar to or greater than those reported elsewhere, however, adult female survival estimates were lower. Flint and Grand (1997) concluded that poor duckling survival did not appear to be the cause of the general population decline, but that low adult female survival may be an important factor contributing to the decline of the spectacled eider.

<u>Seasonal Distribution Patterns</u>

*Spring Migration*

Migration routes in the spring are not well known, but breeding adults are believed to fly directly between the wintering area south of Saint Lawrence Island and the nesting grounds on the YKD, Arctic slope, or Russia (USFWS 1999, 2002b).

*Breeding Distribution*

Spectacled eiders were known to nest on St. Lawrence Island, Alaska. Spectacled eiders nesting on the North Slope are distributed along a west-east density gradient (highest densities in west) from roughly the Utukok River south of Icy Cape in the west to the Canning River in the east. In particular, the area extending from Dease Inlet south for ~70km and west to Wainwright and north to Barrow encompasses a significant portion of the highest breeding densities of spectacled eiders (Larned et al. 2005). Smaller high density 'hotspots' include that area south of Smith Bay extending for roughly 30km, an area extending from the northeast end of Teshekpuk Lake to the Beaufort Sea coast at Cape Halkett (Dau and Kistchinski 1977), the area from roughly the major inland fork in the Kaparuk River north to the Beaufort Sea coast and west to the Colville River

Delta, and in the Sagavanirktok and Canning River Deltas. Greater than 40% of ACP spectacled eider nests west of Barrow and another 40% nests between Harrison Bay and Barrow (Troy 2003). Since 1993, mean number of spectacled eiders was 6,916 (SD $\pm$ 1251) with the 3rd highest estimate (7,802) occurring in 2005 (Larned et al. 2005). Spectacled eider population estimates generated from this aerial survey indicate a stable to slightly declining trend over the 13-year survey period with a slight increasing trend (~2.5%/yr.) over the most recent 7 years (Larned et al. 2005).

The summer range of non-breeding eiders is not known, but these birds are believed to congregate in small flocks in coastal waters throughout their range (USFWS 2002b).

*Post-breeding Distribution, Fall Migration, and Molting*

Breeding males leave the nesting grounds for the marine environment by mid- to late June (Troy 2003). Failed females departed the breeding area from mid July-early August with most initiating molt migration in mid-late July (Petersen et al. 1999, Troy 2003). Successful females and their broods departed breeding areas between 26 August and 4 September (Petersen et al. 1999).

Spectacled eiders congregate to molt in large flocks along coastal areas during late summer. Three principal molting areas are known: Ledyard Bay in the northeastern Chukchi Sea, Norton Sound in the Northeastern Bering Sea, Mechigmenskiy Bay in Russia. North Slope males used each of three molting (staging) areas: Ledyard Bay, Alaska and Mechigmenskiy Bay and Indigirka/Kolyma Deltas, Russia (Petersen et al. 1999). Petersen et al. (1999) reported that males from the YKD used each of three molting (staging) areas: Mechigmenskiy Bay and Indigirka/Kolyma Deltas, Russia, and Ledyard Bay, Alaska. Petersen et al. (1999) also reported males from the Russian breeding population used three molting (staging) areas (in order); Indigirka/Kolyma Deltas and Mechigmenskiy Bay, Russia, and Ledyard Bay, Alaska. Although a few females marked on the North Slope molted at Mechigmenskiy Bay, Russia, and off of St. Lawrence Island (Petersen et al. 1999), most of the Arctic Coastal Plain breeding population of spectacled eiders likely molts on the 14,000 $km^2$ (5,400 $mi^2$) Ledyard Bay critical habitat area. Up to 33,200 spectacled eiders are known to molt in Ledyard Bay (USFWS 2000b).

*Winter Distribution*

The only known spectacled eider wintering area is in offshore waters from 50 to 61 meters (165 to 200 feet) deep about 105 km (65 miles) south of Saint Lawrence Island (USFWS 2002b). Thousands of spectacled eiders congregate in open areas in pack ice. The open areas are kept ice-free by the sheer numbers of eiders present.

Population Structure

It seems reasonable to assume that based on the high probability for site fidelity by nesting females and the distance between breeding populations on the YKD and the Arctic Coastal Plain (802 km/500 mi), the Alaska breeding population of spectacled eiders may contain unique geographic sub-populations. However, distinct mitochondrial DNA markers imply there is limited maternal gene flow between these two areas (Scribner et al. 2000).

Recent work by Scribner et al. (2001) indicates there is some evidence for genetic differentiation among the three breeding populations with a higher rate of gene flow documented between the

response season, possibly lasting as long as 6 months, is likely to be frequent. Clean-up in coastal areas late in the breeding season may disturb brood-rearing, juvenile, or staging eiders.

Summary of oil spill effects: The synergetic effects of oiled plumage, osmotic and thermal stress, and anemia could greatly increase the mortality of eiders and murrelets under adverse environmental conditions.

**Oil Spill Analysis**

Whether spectacled or Steller's eiders or Kittlitz's murrelets would come into contact with oil would depend on the location, timing, and magnitude of the spill; the presence and extent of landfast ice and broken ice; and the effectiveness of clean-up activities.

**Lease Sale 193 Conditional Probabilities**

This section discusses the chance that a large oil spill from the Lease Sale 193 area would contact specific environmental resource areas that are important to Steller's and spectacled eiders and Kittlitz's murrelets, assuming a large spill occurs. No large oil spills are assumed to occur during exploration activities.

The spill rate of large platform and pipeline spills during production is 0.51 (95% confidence interval = 0.32-0.77) per Bbbl with a 41% chance (range = 27-54%) of a spill occurring over the life of the project (Appendix A, Table A.1-25). For the development and production phases, the fate and behavior of a 1,500-barrel spill from a platform and a 4,600-barrel spill from a pipeline were evaluated using the Sintef Oil Weathering Model (Appendix A). The 1,500-barrel spill would cover a smaller area (577 $km^2$) (Appendix A, Table A.1-9) than a 4,600-barrel spill (1,008 $km^2$) (Appendix A, Table A.1-10) after 30 days. The OSRA uses the center of the spill mass as the contact point, so the probabilities of either spill contacting specific environmental resource areas would be the same. Because of this similarity, only the 4,600-barrel spill is analyzed in this biological evaluation.

A 4,600-barrel spill could contact environmental resource areas where Steller's and spectacled eiders and Kittlitz's murrelets may be present (Appendix A). Approximately 44% of a 4,600-barrel spill during the open water period would remain after 30 days, covering a discontinuous area of 1,008 $km^2$. A spill during broken ice in the fall or under ice in the winter would melt out in the following summer. Approximately 55% of a 4,600-barrel spill during the broken-ice/solid-ice period would remain after 30 days, covering a discontinuous area of 332 $km^2$.

The following section presents conditional probabilities (expressed as a percent chance) estimated by the OSRA model of a spill contacting Steller's and spectacled eider and Kittlitz's murrelet habitats. Conditional probabilities are based on the assumption that a spill occurred (see definition and applications, Appendix A, page A.1-19).

Summer Spill

For conditional probabilities, the OSRA model estimates that a less than 0.5-71% chance that an oil spill starting at Launch Areas (LA) 1-13 will contact Environmental Resource Areas (ERA) 1-83 within 180 days during the summer, assuming a spill occurs, and a less than 0.5-67%, assuming a spill starts at Pipeline Segments (P) P1-11 (Appendix A, Table A.2-29). The greatest percent chance of contact from a launch area occurs at ERA 56, which has a 57% chance of

contact from a spill occurring at LA 12. The chance of contact in this ERA is highest, because the OSRA model's launch area and the ERA are in close proximity to or overlap each other (maps, Appendix A). The greatest percent chance of contact from a pipeline segment occurs at ERA 56 and ERA 6, which have a 67% chance of contact from a spill occurring at P8 and P11, respectively (Appendix A). As with the launch areas, the chance of contact in these ERAs is highest, because the OSRA model's pipeline segment and the ERA are in close proximity to or overlap each other (Appendix A).

Spectacled eiders must stage offshore in the spring if their breeding habitats are unavailable. ERAs 21-23 and ERA 24/64 are spring leads (April – June) used by spectacled eiders during the spring and the highest percent chance of contacting these ERAs is 4% from LA 12 within 180 days during the summer, assuming a spill occurs. Similarly, spills originating from LA8 and LA13 have a 9 and 8% chance, respectively, of contacting spectacled eiders staging offshore Barrow in the Plover Islands.

Most post-breeding spectacled eiders move offshore and then migrate west to the Ledyard Bay Critical Habitat Area (ERA 10). Spills originating from LA 12 and 13 have a 38% chance of contacting spectacled eiders in the Critical Habitat Area during the May-October open water period.

<u>Winter Spill</u>

For conditional probabilities, the OSRA model estimates that a less than 0.5-54% chance that an oil spill starting at Launch Areas (LA) 1-13 will contact Environmental Resource Areas (ERA) 1-83 within 180 days during the winter, assuming a spill occurs, and a less than 0.5- 73%, assuming a spill starts at Pipeline Segments (P) 1-11 (Appendix A, Table A.2-53, maps). The greatest percent chance of contact from a launch area occurs at ERA 49, which has a 54% chance of contact from a spill occurring at LA 7. ERA 49 is the Hanna Shoal polynya. The chance of contact in this ERA is highest, because the OSRA model's launch area and the ERA are in close proximity to or overlap each other (maps, Appendix A). The greatest percent chance of contact from a pipeline segment occurs at ERA 48, which has a 73% chance of contact from a spill occurring at P8 (Appendix A, maps). As with the launch areas, the chance of contact in this ERA is highest, because the OSRA model's pipeline segment and the ERA are in close proximity to or overlap each other (Appendix A, maps).

Spectacled and Steller's eiders must stage offshore in the spring if their breeding habitats are unavailable. ERAs 21-23 and ERA 24/64 are spring leads (April – June) used by eiders during the spring and the highest percent chance of contacting these ERAs is 4% from LA 12 within 180 days during the summer, assuming a spill occurs. Similarly, spills originating from LA 8 and 13 have a 9% and 8% chance, respectively, of contacting eiders staging offshore Barrow in the Plover Islands.

Most post-breeding spectacled eiders move offshore and then migrate west to the Ledyard Bay Critical Habitat Area (ERA 10). A spill originating from LA 10 or Pipeline 6 has a 16% or 19% chance, respectively, of contacting the Critical Habitat Area during the winter, melting out in the spring.

On an annual basis, a spill originating at LA 10 or P 11 would have a 25% and 47% chance, respectively, of contacting the Ledyard Bay Critical Habitat Area (ERA 10) within 180 days (Appendix A, Table A.2-5).

**Lease Sale 193 Combined Probabilities**

Combined probabilities differ from conditional probabilities in that they do not assume that a spill has occurred and consolidate non-uniform weighting of launch probabilities into one unit probability. The risk that a large spill would occur is multiplied by the area-wide probability that spilled oil would reach a particular environmental resource area (ERA) to calculate a combined probability that both would occur simultaneously. Combined probabilities are defined in Appendix A (page A.1-24). The combined probabilities for a large spill occurring and reaching ERAs of most concern to threatened and candidate bird species are in Table 2. These probabilities are broken into different periods to indicate volatility, weathering, and movement of the spill over time.

Table 2: Combined probabilities (expressed as percent chance) of one or more spills greater than or equal to 1,000 barrels and the estimated mean number of spills occurring and contacting a certain environmental resource area (see maps, Appendix A) over the assumed production life of the lease sale area within varying time periods, Chukchi Sea Lease Sale 193 (from Appendix A).

| | 3-days | 10-days | 30-days | 60-days | 180-days | 360-days |
|---|---|---|---|---|---|---|
| **ERA 10** Ledyard Bay Critical Habitat Area | 4 | 5 | 7 | 8 | 8 | 8 |
| **ERA 20** Spring Lead System | 1 | 1 | 1 | 2 | 2 | 2 |
| **ERA 21** Spring Lead System | <0.5 | 1 | 2 | 2 | 2 | 2 |
| **ERA 22** Spring Lead System | <0.5 | 1 | 1 | 2 | 3 | 3 |
| **ERA 23** Spring Lead System | <0.5 | <0.5 | <0.5 | <0.5 | 1 | 1 |

Oil Spill Response

None of the conditional or combined probabilities factor in the effectiveness of oil spill response activities to large spills, which range from highly effective under ideal conditions to largely ineffective during unfavorable or broken-ice conditions. An Oil Spill Response Plan would be required prior to oil production.

Activities such as hazing and other human activities (boat and air traffic) could impact threatened eiders and Kittlitz's murrelets. Hazing may have limited success during spring when migrants occupy open water ice leads. The hazing effect of cleanup activity or actively hazing birds out of ice leads that oil is expected to enter may be counterproductive, because there are few alternative habitats that flushed birds can occupy. Cleanup activities in leads during May and open water in July through September are likely to adversely affect listed eiders.

Oil spill response could originate from as far away as Deadhorse, about 150 mi east of Barrow. Specific animal deterrence activities would be employed as the situation requires and would be

modified as needed to meet the current needs. The response contractor would be expected to work with USFWS and state officials on wildlife management activities in the event of a spill. In an actual spill the two aforementioned groups would most likely have a presence at the Incident Command Post to review and approve proposed hazing activities and monitor their impact on birds. As a member of the team, USFWS personnel would be largely responsible for providing critical information affecting response activities to protect listed birds in the event of a spill.

Oil spill response plans do not typically spell out specific wildlife response actions. Oil spill response plans typically identify the resources at risk and refer to the appropriate tactics. The response contractor can also contract with other response organizations to augment animal hazing and response activities. The response contractor would be expected to have an inventory of bird scare devices in addition to the Breco buoys (air cannons, guns, pyrotechnics, visual devices, vessels) to deter birds from entering the spill area and would be assumed to cycle their use to ensure that the birds don't habituate to their effect.

For the purposes of evaluating the potential impact of a large spill on threatened or candidate bird species, oil spill response in the Chukchi Sea is assumed to be ineffective due to the unpredictability of response time, proximity of the launch site(s) to bird habitats, known ineffectiveness of any response during certain environmental conditions (e.g., broken-ice), and the large number of birds that could be impacted in a brief time period (<36 hours).

Chronic Low-volume Spills

Beached bird surveys have demonstrated that low-volume, chronic oil pollution is an ongoing source of mortality in coastal regions (Burger and Fry 1993). Small volumes of oil may be released from leaking tanks and valves, accidents during loading and offloading, and flushing of tanks and bilges. In cold climates, an oil spot the size of a square inch is enough to compromise water repellency of plumage, possibly leading to the death of a bird. In some places, low-volume, chronic oiling is a major cause of seabird mortality.

For proposed Lease Sale 193, small or low-volume spills are defined as being less than 1,000 bbl. The average crude-oil spill size is 113.4 gallons (2.7 bbl). An estimated 178 small crude oil spills would occur during the 25-year oil production period (Appendix A, page A.1-26, Table A.1-29), an average of over 7 per year. The average refined-oil spill size is 29 gallons (0.7 bbl) and an estimated 440 refined-oil spills would occur during the 25-year oil production period (Appendix A, page A.1-26, Table A.1-32), an average of 17.6 per year. Overall, an estimated 25 small-volume oil spills would occur each year of production.

It is unknown how many small-volume spills or what total volume would reach areas used by Steller's or spectacled eiders or Kittlitz's murrelets. If these small-volume spills were in close proximity to or within the Ledyard Bay Critical Habitat Area, a large number of molting spectacled eiders could be contacted and injured or killed. Kittlitz's murrelets or Steller's eiders close to the source of these spills could also be affected, but these birds are at lower densities and substantial adverse effects would not be expected to occur.

Summary of spill effects

Chronic low-level spills are not modeled by the trajectory analysis, but could adversely affect small numbers of Steller's eiders and Kittlitz's murrelets. Although difficult to state with any certainty, a small volume spill in close proximity to a large dense flock of molting spectacled eiders could result in adverse impacts to perhaps several hundred eiders, maybe more. Depending on the chronic nature of small spills, this situation could occur repeatedly.

The trajectory analysis model predicts the percent chance that an oil spill would make contact with an ERA polygon during a certain time period. The size and shape of these polygons are based on scientific literature documenting use by important resources. Spectacled or Steller's eiders use the lead system (ERAs 20-23) as they moved east to breeding areas or staged offshore if breeding habitats were unavailable. The percent chance of contact with these ERAs increases later in the season as post-breeding eiders leave the nesting grounds and stage offshore and begin migration to the molting area at Ledyard Bay.

An oil spill contacting the Ledyard Bay Critical Habitat Area (ERA 10) during the open water period could contact tens of thousands of molting eiders. As many as 33,000 eiders, including the entire cohort of successfully breeding females and their young, use the Ledyard Bay molting area at one time. The loss of all or part of the breeding female spectacled eiders of the Arctic Coastal Plain would result in large-scale adverse population-level effects. Oil spill modeling, however, indicates that the risk of a spill of a magnitude to jeopardize the continued existence of spectacled eiders a moderately probability event.

For many of the same reasons, a spill contacting the spring lead system could affect a relatively large proportion of the Steller's eider population staging to the breeding grounds. A spill of this magnitude would result in a large-scale adverse population-level effect on this species. For a declining population, these effects would be negative and would not be recoverable. Oil spill modeling, however, indicates that the risk of a spill of this magnitude is a relatively low probability event.

To put the risk of a large spill having population-level impacts in perspective, one has to consider several variables. First of all, to ever have an oil spill, a blow-out during exploration (an unlikely event) or general production would have to occur. The most likely scenario states the probability of a successful commercial find is in the range of 10%, indicating that production is unlikely. Secondly, the location of the oil find and subsequent development platform could influence the probability that a spill would occur as well as the probability that it would reach resource areas important to threatened or candidate bird species when the species are present, or, in the case of a winter spill, when those birds return. Finally, the number and sex/age of threatened or candidate birds affected would have differing degrees of population-level effects, from a few birds in an area to all birds in an area during particular time periods. A large spill in the wrong place at the wrong time could effectively jeopardize the continued existence of the spectacled eider from the North Slope of Alaska. Given the stated low probability for successful oil field development, the probability that a large spill would occur, and the probability that a large spill would reach a resource area important to threatened eiders and murrelets, an adverse effect of this magnitude appears to be an unlikely event.

## Cumulative Effects

Human development in coastal areas of the Chukchi Sea is sparse and limited to several small communities that include Point Hope, Point Lay, Wainwright, and Barrow. The closest industrial development of size southwest of the proposed lease area is the Red Dog Mine Portsite near Kivalina and the closest industrial development east of Teshekpuk Lake is the Kuparuk (Alpine) and Prudhoe Bay oil fields.

The State of Alaska is considering leasing additional state-owned tide and submerged lands lying between the Canadian border and Point Barrow. Oil development of near-shore waters under state jurisdiction could add to disturbance potential, habitat loss, and collision potential experienced by Steller's and spectacled eiders in the Beaufort and Chukchi Sea regions.

Arctic ice is thinning due to global climate change, and both commercial and military large-vessel traffic in the Northeastern Chukchi and Beaufort seas might increase as shipping lanes stay ice-free for longer periods of time. Global climatic change, however, would likely have significant stochastic impacts on Steller's eiders that surpass the impacts of increasing large-vessel traffic in the Arctic. Increasing large-vessel traffic in the Arctic would increase the risk that Steller's and spectacled eiders could be exposed to oil spills resulting from vessels sinking and grounding. The probability of increased traffic by large vessels, however, is difficult to predict and is likely to be more than 50 years in the future.

Although lease sales are proposed for off-shore areas of the Beaufort Sea, there are no specific projects to evaluate, and future consultations under the ESA for these federally-permitted activities are expected to occur. Similarly, recent or proposed leasing activity in NPR-A could be made more economical if a developable find is located in the Chukchi Sea because cost of infrastructure and other economies of scale could be shared between projects. These synergistic effects could increase the likelihood that anticipated effects on spectacled and Steller's eiders would occur. Each of these federal projects will have undergone Section 7 consultation, however, such consultations may be evaluated individually and not from the standpoint of occurring relatively simultaneously to pro-actively ensure the continued existence of the Steller's and spectacled eiders breeding on the Arctic Coastal Plain. Such an analysis is outside the scope of this biological evaluation for the proposed project.

## Summary of Effects

**Exploration and Delineation Phase**
This phase includes activities that could result in periodic or chronic disturbance and/or displacement of Steller's and spectacled eiders and Kittlitz's murrelets using coastal areas of the Chukchi Sea. Habitat loss and increased mortality could also occur.

The primary sources of disturbance and/or displacement include:

- Seismic vessel presence and noise
- Support aircraft presence and noise
- Airgun noise