**Goll, John**

**From:** Goll, John
**Sent:** Thursday, August 02, 2007 1:04 PM
**To:** John Katz; Larry Persily (LPersily@alaskadc.org)
**Subject:** FW: MMS Chukchi Sea Sale 193 Proposed Notice
**Importance:** High
**Attachments:** 070803Sale 193 PNOS.pdf; 070803FINALDRAFTNews Release -- Sale 193 PNOT 051607.doc; 070803Sale 193 PNOS section 19 Gov letter.pdf

John, Larry,

I left a message this morning regarding our Chukchi Sea sale:

Our Proposed Notice of Sale for Chukchi Sea Sale 193 is scheduled to appear in the Federal Register Friday, August 3. Attached are the full PNOS, the OCSLA Section 19 letter to Gov. Palin in which we seek her recommendations on the sale, and the final draft of our press release. We also forwarded to DNR our determination that the sale is consistent with the Alaska Coastal Zone Management Plan.

The press release provides a good summary of the basics for the sale. We are proposing to delete from this sale a corridor wider than that in the 2002-7 and 2007-12 5 Year Programs Planning areas -- to address subsistence, marine mammals, birds, etc. All material will be on our MMS Alaska Region website.

We will be contacting our prime constituents tomorrow (NSB, AEWC, tribes, industry, press, etc.), but wanted to give you a heads up. The AK DOI Office will be contacting the Congressional staff. I just talked with Dick LeFebvre, and he was aware of the Governor's letter. We will keep in contact with DNR.

Hope your summer has been going well, albeit hot. Please call if you have any questions.

*jg*

John Goll
Regional Director, Alaska
U.S. Minerals Management Service
3801 Centerpoint Drive, Suite 500
Anchorage, AK 99503-5823
907-334-5200
Fax: 907-334-5202
cell: 907-250-9523
john.goll@mms.gov

www.mms.gov/alaska

**Briefing Sheet for Chukchi Sea Sale 193 Economic Terms Summary–**

*Comparison of Chukchi Sale 193 to Beaufort Sea 202 (most recent AK sale):*

| Terms | **Chukchi Sale 193** | **Beaufort Sale 202 Zone A** | **Beaufort Sale 202 Zone B** |
|---|---|---|---|
| Royalty Rate | 12 ½ % fixed | 12 ½ % fixed | 12 ½ % fixed |
| Min Bid* | $25.00 | $37.50 | $25.00 |
| Min Royalty* | $13.00 | $13.00 | $13.00 |
| Rental Rates* | | | |
| Year 1 | $2.50 | $7.50 | $2.50 |
| Year 2 | $3.75 | $7.50 | $3.75 |
| Year 3 | $5.00 | $7.50 | $5.00 |
| Year 4 | $6.25 | $7.50 | $6.25 |
| Year 5 | $7.50 | $7.50 | $7.50 |
| Year 6 | $10.00 | $12.00 | $10.00 |
| Year 7 | $12.00 | $17.00 | $12.00 |
| Year 8 | $15.00 | $22.00 | $15.00 |
| Year 9 | $17.00 | $30.00 | $17.00 |
| Year 10 | $20.00 | $30.00 | $20.00 |
| RSV * | | | |
| less than 771 | 10 MMBOE | 10 MMBBLS | 15 MMBLS |
| 771 to less than1541 | 20 MMBOE | 20 MMBBLS | 30 MMBLS |
| 1541 or more | 30 MMBOE | 30 MMBBLS | 45 MMBLS |
| Oil Price Threshold + | $39/bbl | $39/bbl | $39/bbl |
| Gas Price Threshold + | $6.50/mmbtu | n/a | n/a |
| Price Floor | No | Yes - $21.00 | Yes - $21.00 |

* Value per hectare
\+ Expressed in 2004 dollars

*Summary of Differences:*

- Chukchi Sale 193 does not have 2 Zones (A and B), like Beaufort Sale 202. There is no existing infrastructure in the Chukchi Sea, but there is some infrastructure in the Beaufort Sea. Zones A and B were primarily established as distinct areas where costs in Zone A were less than costs in Zone B due to closer distances from infrastructure.

- Minimum bids and rental rates for Chukchi Sale 193 mirror those from Beaufort Sale 202 for *Zone B* because of the more remote area and higher cost of exploration and development.

- Royalty suspension volumes for Chukchi Sale 193 mirror those from Beaufort Sale 202 for *Zone A* because updated analysis using higher oil and gas price expectations indicate a lower level of royalty relief is appropriate. The incremental benefit of the RSV incentive occurs up to 30 MMBOE. After that level, the incentive effect of the RSV benefit declines rapidly per unit of added RSV resulting in less incremental activity. (Thus, more "bang-for-your-buck" at the 30 MMBOE level).

- The unit of measure for a royalty suspension volume is on a BOE basis in Chukchi Sale 193 instead of a BBL basis, as in Beaufort Sea 202. The RSV can apply to both oil and gas in Sale 193 while the RSV only applied to oil in Sale 202 because there was more potential interest from industry on gas from the Chukchi Sea.

- The price thresholds are the same in both sales. The gas price threshold did not apply to Sale 202, but corresponds to the oil price threshold level. While the price thresholds are consistent within the Alaska Sales, they differ from the recently lowered price thresholds in the GOM. The conditions lessees and operators in offshore Alaska face are different that those in the GOM – e.g. more expensive exploration, fewer development and production, and more of a frontier area.

- There is no longer a price "floor" provision in Chukchi Sale 193. The $21.00/bbl flat price floor in Beaufort Sale 202 was deemed unnecessary because the benefit is only realized if prices fall below $21/bbl. The likelihood of prices falling below this level is very small and not likely to influence bidding and development activities. Thus, all price thresholds in Sale 193 are price "ceilings", in the usual manner.

**Suggested Modifications to the RSV allowances for Chukchi Sale 193**

- **RSV allowances would apply to both crude oil and natural gas production that is transported off-lease.** This is consistent with the conditions for RSV used in GOM sales and Cook Inlet sales in Alaska. Previous Beaufort Sea sales offered RSV for liquid hydrocarbon production oil only. However, gas production is stranded and has low value in the closed North Slope market. Gas production from the Chukchi could be exported via LNG as an alternative strategy if a gas pipeline project does not occur. Natural gas production would be converted to a BOE basis using 5.62 Mcf/bbl (on a volumetric rather than a BTU basis).

- **The "ceiling price" for granting RSV allowance would follow the same formula used in GOM sales.** Currently, the ceiling price is $39.00 (2004$) and is adjusted to the time of production using BEA inflation factors. We do not expect production startup for at least 10 years following the 2007 lease sale. Using a 2% inflation factor for 13 years, the "ceiling price" would increase to $50.45.

- **The "floor price" would be raised to $30.00 per barrel (not adjusted for inflation) and would apply throughout the period of production. When NYMEX prices fall below the floor price, the royalty rate would automatically become 5% (the normal rate is 12.5%).** The previous floor price of $21.00 is unrealistically low for commercial operations in the high-cost Chukchi planning area. The 2005 MMS resource assessment found that the threshold price for any economically viable production is $30.00. What we propose is a trade-off between raising the floor price (to $30.00) but reverting to a low royalty rate (5%), rather than a zero royalty rate, when prices are below the floor price. This would provide a safety net and allow production to continue through periods of relatively low prices.

***Note our current wording regarding the floor does not continue after the RSV is gone:***
*If the actual NYMEX quarterly price of oil is at or below the fixed "floor" price threshold of $21 per barrel (the price will not be adjusted for inflation) in any calendar quarter, then oil produced during that calendar quarter would be royalty free and would not count against the lease's remaining RSV.* ***However, if the actual NYMEX quarterly price of oil is at or below the floor price after the RSV has been fully used, the lessee receives no additional royalty-free production.***

- **The RSV allowance would be 30 MMbbl for all tracts in the Chukchi sale area.** In the adjacent Beaufort sale areas, the RSV for full tracts ranged from 30-45 MMbbl depending on distance to infrastructure. Although development costs are likely to be higher in the Chukchi, the commercial projects could cover more tracts. Second, oil prices are much higher now than several years ago when the original RSV allowances were defined. Both of the above factors combine to

increase the value of RSV to companies and loss to Federal revenues. Assuming a minimum reserve of 100 MMbbl on each tract, the RSV allowance would amount to 30% of the potential production. It is likely, however, that resources per-tract will be higher for viable projects (perhaps up to 300 MMbbl per tract) and the RSV allowance would be proportionately lower (10% of reserves).

*This is a key – what do we expect these reservoirs to look like – broad? thick? shallow? we do not want a situation in which a large broad but maybe shallow prospect goes essentially royalty free. Let us talk this through.*

- **Other provisions defining the RSV relative to NYMEX prices as stated in the Beaufort Sale 202 would be retained.**

SUBJECT:
The apparent discrepancy between the oil development scenario used in the Sale 193 EIS and a possible RSV allowance on a BOE (oil or gas) basis.

DISCUSSION POINTS

**A scenario is used to analyze potential impacts, not to set terms and conditions for leases.** Typically, scenarios are qualified by statements that it is a "reasonably foreseeable" set of conditions "for purposes of analysis". The scenario is "not a prediction or recommendation for future activities" and "many other scenarios are possible and perhaps equally plausible". In contrast, lease terms and conditions are fixed by specific language. There are no other lease terms and conditions that are "possible and perhaps equally plausible" in the fixed lease contract.

A scenario is based on the information available at the time of preparing the EIS. When conditions change, the **NEPA documents can be updated** by either a supplemental EIS or an entirely new EIS. In contrast, **lease terms and conditions are fixed throughout the life of the lease,** which may be decades if production follows successful exploration. Thus, the two sets of documents have much different life spans. The shelf life for an EIS is perhaps 5 years at most, whereas primary lease terms are for 10 years and if extended by production leases could span many decades.

**Although the scenario analyzes oil production only, gas production is not excluded from the lease conditions.** That is, we are not selling "oil only leases", but encourage the efficient production of oil and gas to maximize the conservation of resources. It is foolish to try to mandate any development strategy before commercial discoveries are made. Because oil and gas could be produced from the leases, objective terms and conditions for both substances must be included in the lease documents.

**The definition of "reasonably foreseeable" for MMS is not necessarily the same as the strategies for different companies.** Shell has stated that they are planning to move large gas discoveries to market using LNG export. ConocoPhillips will undoubtedly try to move large gas discoveries through a new North Slope gas pipeline. Other companies could have other alternatives. The EIS is not intended analyze all possible development options, nor do we design our analysis to fit the strategies of individual companies. When a development proposal is submitted, undoubtedly MMS will do another EIS. This project-specific EIS will supersede the previous NEPA documents.

**The analysis for an oil development scenario will not change much for gas production.** The biggest difference is that risk of an oil spill and associated impacts will be lower under a gas scenario. The revised scenario would still include an offshore platform surrounded by subsea wells (fewer wells for gas development than oil), subsea flowlines and a landfall/shorebase on the coast, and an overland pipeline to the Prudhoe area (gas pipeline would be buried, oil pipeline would be elevated). From a short distance away no one could distinguish an oil project from a gas project. If anything, impacts would be less under a gas development scenario unless we increase the total

production volume for the scenario and include a completely different export plan (LNG versus AGS pipeline). In fact, we assume that gas will be handled on the platform and reinjected. This cycled gas would be available for future recovery.
Outwardly, the differences in environmental impacts are negligible if some of the production was gas.

**Gas development is not a viable scenario unless large discoveries are made.** Gas export through a new North Slope pipeline would require offshore discoveries of 5-10 Tcf. Gas export by LNG and marine carriers would require individual discoveries of several Tcf and a total gas reserve base over 10 Tcf. Additions of these gas volumes to the assumed 1 Bbbl of oil development would greatly increase the scope of the present scenario. Normally, we do not assume multiple scenarios. The eventual development plan for either oil or gas will depend on the location, size, and composition of the discoveries, as well as the marketing strategies of the companies. None of these things are known today by anyone, including various companies interested in leasing in the Chukchi. This is why lease terms and conditions need to be firm and all encompassing.

**Gas development is more economically challenged than oil development because the component costs are comparable and the sales value is lower.** This means that an RSV allowance for gas could be more important as an incentive to explore and develop than if oil was the primary target. Different companies could have different strategies for this area. Perhaps some companies are more interested in gas than oil. **Restricting the RSV incentive would penalize the companies pursuing gas projects.** Consumers need production from the Chukchi regardless if it is oil or gas and the Treasury would collect revenue from royalties and taxes. Restricting the RSV to oil only could cost millions (perhaps tens of millions$) in bonus bids from companies interested in gas exploration. If marginal gas projects were not developed, billions of dollars could be lost in royalties and taxes.

<u>Possible situations</u>

1) RSV is offered on a BOE-basis and the sale is held by a legal challenge to the scenario in the EIS.
2) RSV is offered to both oil and gas production, but oil discoveries and developments precede any gas export from units.
3) RSV is offered to both oil and gas, but gas is reinjected to maximize oil recovery. RSV is used up during the early oil production.
4) RSV for gas is not offered. But the largest discoveries are gas and the operator decides on an LNG export plan because the AGS pipeline has not been built. A new developmental EIS is written. However, to get more favorable terms the operator would have to relinquish the discoveries and try to re-lease them (assuming RSV for gas is included in future lease terms).
5) Oil fields are bottlenecked by gas handling and nearby fields need gas to increase oil production. So gas is moved off unit, but not out of Chukchi. Gas transfer incurs a royalty and affects the economics of all projects.
6) Offshore oil field is bottlenecked by gas handling, but shorebase and nearby villages need gas for fuel/energy. Associated gas is transported off unit but not

out of Chukchi region. Gas transfer incurs a royalty and affects the economics of all projects.

Summary
The EIS is written to analyze reasonably foreseeable impacts from a lease sale. This is a pre-leasing and pre-discovery NEPA document with a shelf-life less than 5 years. When situations change (e.g. a plan to develop a discovery is submitted) later NEPA documents update the previous analysis based on new site specific information.

In contrast to a temporary EIS, a lease is a permanent contract that could last for decades and lease terms are not normally revised when conditions change. The language in this contract must be a specific as possible to avoid multiple interpretations. Lease terms and conditions can be revised for each lease sale, but when in effect are permanent contracts between the lessee and the government.