# *Leasing Activities Information*

MMS

U.S. Department of the Interior
Minerals Management Service
Alaska OCS Region

## Final
## Information to Lessees
## Oil and Gas Lease Sale 193
## Chukchi Sea
## February 6, 2008

1. Community Participation in Operations Planning
2. Bird and Marine Mammal Protection
3. River Deltas
4. Endangered Whales and MMS Monitoring Program
5. Availability of Bowhead Whales for Subsistence-Hunting Activities
6. High-Resolution Geological and Geophysical Survey Activity
7. Spectacled Eider and Steller's Eider
8. Sensitive Areas to be Considered in Oil-Spill-Response Plans
9. Coastal Zone Management
10. Navigational Safety
11. Offshore Pipelines
12. Discharge of Produced Waters
13. Use of Existing Pads and Islands
14. Planning for Protection of Polar Bears
15. Possible Listing of Polar Bears under ESA.
16. Archaeological and Geological Hazards Reports and Surveys
17. Response Plans for Facilities Located Seaward of the Coast Line
18. Oil Spill Financial Responsibility for Offshore Facilities
19. Good Neighbor Policy
20. Rentals/Minimum Royalties and Royalty Suspension Provisions
21. MMS Inspection and Enforcement of Certain Coast Guard Regulations
22. Statement Regarding Certain Geophysical Data
23. Affirmative Action Requirements
24. Bonding Requirements
25. Review of Development and Production Plans

**No. 1 - Community Participation in Operations Planning.** Lessees are encouraged to bring one or more residents of communities in the area of operations into their planning

The MMS will perform an environmental review for each proposed exploration plan and development and production plan, including an assessment of cumulative effects of noise on endangered whales. Should the review conclude that activities described in the plan will be a threat of serious, irreparable, or immediate harm to the species, the Regional Supervisor, Field Operations (RS/FO) will require that activities be modified, or otherwise mitigated, before such activities would be approved.

Lessees are further advised that the RS/FO has the authority and intends to limit or suspend any operations, including ancillary activities, conducted pursuant to 30 CFR 250.207, on a lease whenever bowhead whales are subject to a threat of serious, irreparable, or immediate harm to the species. Should the information obtained from MMS's or lessees' monitoring programs indicate that there is a threat of serious, irreparable, or immediate harm to the species, the RS/FO will take action to protect the species. The RS/FO may require the lessee to suspend operations causing such effects, in accordance with 30 CFR 250.172. Any such suspensions may be terminated when the RS/FO determines that circumstances which justified the ordering of suspension no longer exist.

**No. 5 - Availability of Bowhead Whales for Subsistence Hunting Activities.** Lessees are advised that the National Marine Fisheries Service (NMFS) issues regulations for incidental take of marine mammals, including bowhead whales. Incidental Take Authorizations (ITA's) are issued, and 5-year incidental take regulations are promulgated, only upon request and NMFS must be in receipt of an application prior to initiating either the regulatory or ITA process. Incidental takes of bowhead whales are allowed only if a Letter of Authorization (LOA) or an Incidental Harassment Authorization (IHA) is obtained from the NMFS pursuant to the regulations in effect at the time. An LOA or an IHA must be requested annually. In issuing an LOA or an IHA, the NMFS must determine that proposed activities will not have an unmitigable adverse effect on the availability of the bowhead whale to meet subsistence needs by causing whales to abandon or avoid hunting areas, directly displacing subsistence users, or placing physical barriers between whales and subsistence users.

Lessees are also advised that, in reviewing proposed exploration plans which propose activities during the bowhead whale migration, MMS will conduct an environmental review of the potential effects of the activities, including cumulative effects of multiple or simultaneous operations, on the availability of the bowhead whale for subsistence use. The MMS may limit or require operations be modified if they could result in significant effects on the availability of the bowhead whale for subsistence use.

The MMS and NMFS will establish procedures to coordinate results from site-specific surveys required by Stipulation No. 4 and NMFS LOA's or IHA's to determine if further modification to lease operations are necessary.

**No. 6 - High-Resolution Geological and Geophysical Survey Activity.** Lessees are advised of the potential effect of geophysical activity to bowhead whales, other marine mammals, coastal birds, and subsistence hunting activities. High-resolution seismic surveys are distinguished from 2D/3D seismic surveys by the magnitude of the energy source used in the survey, the size of the survey area, the number and length of arrays

**Comment [DWJ3]:** Coastal birds added at request of FWS.

used, and duration of the survey period. High-resolution seismic surveys are typically conducted after a lease sale in association with a specific exploration or development program or in anticipation of future lease sale activity.

Lessees are advised that all seismic survey activity conducted in Chukchi Sea Planning Area, either under the geological and geophysical (G&G) permit regulations at 30 CFR 251 or as an ancillary activity in support of an exploration plan or development and production plan under 30 CFR 250, is subject to environmental and regulatory review by the MMS. The MMS has standard mitigating measures that apply to these activities, and lessees are encouraged to review these measures before developing their applications for G&G permits or planning ancillary activities on a lease. Protective measures may be modified or additional measure developed based upon future consultation with the FWS and NMFS.

**Comment [DWJ4]:** Language added to inform operators of specific requirements, and possibility of future adjustments to those requirements.

Copies of the nonproprietary portions of all G&G permits applications will be provided by MMS to appropriate agencies, co-management organizations, and directly affected communities. Organizations currently recognized by the National Marine Fisheries Service (NMFS) and the U.S. Fish and Wildlife Service (FWS) for the co-management of the marine mammals resources are the Alaska Eskimo Whaling Commission, the Alaska Beluga Whale Committee, the Alaska Eskimo Walrus Commission, and the Nanuk Commission. The MMS may impose restrictions (including the timing of operations relative to open water) and other requirements (such as having a locally approved coordinator on board) on seismic surveys to minimize unreasonable conflicts between the seismic survey activities and subsistence whaling activities.

Lessees and applicants are advised that MMS will require any proposed seismic activities to be coordinated with the appropriate agencies, co-management organizations, and directly affected subsistence communities to identify potential conflicts and develop plans to avoid these conflicts. Copies of the results of any required monitoring plans will be provided by MMS to the North Slope Borough, directly affected subsistence communities, and appropriate agencies and subsistence organizations for comment.

**No. 7 - Spectacled Eider and Steller's Eider**. Lessees are advised that the spectacled eider (*Somateria fischeri*) and Steller's eider (*Polysticta stelleri*) are listed as threatened by the U.S. Fish and Wildlife Service (FWS) and are protected by the Endangered Species Act of 1973, as amended (16 U.S.C. 1531 et seq.).

Spectacled eiders and Steller's eiders are present in the Chukchi Sea during spring migration in May and June. Males return to the open sea in late June, while nesting females remain on the arctic coastal tundra until late August or early September. Molting eiders occur in certain offshore areas until freeze-up (typically in November). Onshore activities related to OCS exploration, development, and production during the summer months (May-September) may affect nesting spectacled eiders and Steller's eiders.

Lessees are advised that exploration and development and production plans submitted to MMS will be reviewed by the FWS to ensure that spectacled eider, Steller's eider, and their habitats are protected. For Lease Sale 193, MMS specifically requested an