**From:** Sarah_Conn@fws.gov [mailto:Sarah_Conn@fws.gov]
**Sent:** Thursday, December 04, 2008 1:44 PM
**To:** Schroeder, Mark
**Cc:** Swem, Ted
**Subject:** RD Memo dated Nov. 26, 2008

Mark,
We received your RD's memo of November 26, 2008 regarding section 7 consultation for the proposed Arctic multiple lease sale. We need to discuss this upcoming section 7 consultation in the context of outstanding consultation needs for all previous lease sales.

As you know, through the intra-service consultations on the Chukchi Sea and Beaufort Sea Incidental Take Regulations we evaluated potential impacts to polar bears from oil and gas exploration in the Chukchi Sea, and oil and gas exploration and some development in the Beaufort Sea. However, as we explained in previous meetings, we have not evaluated the potential for jeopardy for polar bears from potential development impacts from previous MMS lease sales.

We understand from the memo that you intend to initiate section 7 consultation for the Arctic multiple lease sale. We also recommend that we discuss at our meeting how and when we are going to evaluate the possible impacts of development set in motion by previous lease sales.