8/7/06 -

Brad Smith - won't have J - took swings at cons.
recommendations -
appears MMS won't do anything fantastic to make . . .
need more studies
marine mammal scientists have lots of concern -
whole pop of Pac. grey whales will be up there -
lots of unanswered questions need -
already finished - did incremental, programmatic for ~~Beaufort~~ Chukchi -
NSB asked for the buoys -
may have EA - not EIS - for seismic -

spring - early April - mid June -
Lisa - switching to a new program - going to charm
school - developing future leader
were "Pearl-Harbored" by short deadlines -
would like to discuss how studies program is going

issues on oil-spill modeling
has lots of general concerns would like to
discuss -
thinks maybe they have been fast-tracked too much -

Industry grumbling -
Exxon } all working next year -
GXT -
Conoco
Shell
industry grumbling about existing rules -
starting to use ~~Eco~~ Data Quality Act to rebut -
thinks we'll hear that don't have good data to support
concerns, can no longer hold up progress for dark
suspicions -
have been told that the VP will make a phone call to take