9 Aug 06

Marks Shroeder, Sarah, Jewel, Ted

not going to work -

next yr will prob go through private party to avoid need to consult -

193 - was told them in AK can't commit to mitigation, as part of lease sale action

so tried to say what could be done

real question is what to do about

went to his boss + RD - but not under cover letter -

spill rates highest his had to deal with so far

> 50% - until they exclude impacts to CH risk is very high -

Case 1:08-cv-00004-RRB Document 84-16 Filed 02/05/09 Page 1 of 2

could take out entire ♀ breeding pop - extreme

spring leads - ~ 20% chance of oil getting to leads -
he conveyed our message that we are approaching J -
gave that message loud + clear -
but ~~they~~ they won't take anything off the table -

NEPA draft EIS to be out - prob in wks -
6 wks public comment -