8/9/06

Q. for Mark
1. Who @ MMS has seen this
2. Draft BE + admin record.

3. Timeline
~~5.~~ Swem, Bennett + Conn

Called Mark Schroeder @ MMS

Seismic

Wanted a perpendicular approach through the area etc.
↳ locations are where the buoys are to be placed
Zig-zag line for aircraft
100 m off shore zig-zag is seismic vessel route
but no route for the two small vessels (1 big + 1 small)
straight in + straight out




Waiting to hear from companies.

Informal went to Mark's boss + regional director before being released – it is a draft though.
The spill rates are very high and without mitigation etc. and have potentially very serious effects.

FLG40F
↗
AK Airlines locator

It's not just SPEI but spring migration in STEI goes in a big wave as ice breaks up. If oil is in a spring lead system then it could be really ugly (about 20% chance oil could reach these leads).

Mark conveyed it's a possible "J" ~~[illegible]~~ to his boss's ~~[illegible]~~

EIS is due out as a draft soon (weeks)

To Dates

1. Dates (From FWS) — Thursday 7th / 8th
2. NEPA schedule from MMS

Sarah to e-mail Marin → Laverne + time one to one with them RD brief up next day w/ full plg. unless

(DOE [illegible] website)

Swem, Bennett, Conn
9/6/06

✓ Schedule + laws on how much time. (back date from Jan 2, 2007)

✓ Figure out what data sets are available + what they are.

✗ What we'd like to see in the BE

SPEI Critical Habitat ↗ Jenny

✓ Carlson Travel phone #
Marin's phone #

[10 copies of [illegible] / [illegible] sale [illegible]) + sheets on species in ledyard Bay

Exhibit 68, Page 2 of 3




page 46 & draft draft
when talk about oil spill stuff

launches from
maps of other launch areas + pipelines proximal to ERA-10.
esp. the v. high probs of oil
Can we get several copies as need to brief the RD after our meeting.

Carlson Travel = 866-227-5638