Mark Schroeder/MMS/DOI@MMS
09/06/2006 02:40 PM

To Sarah Conn/R7/FWS/DOI@DOI
cc Timothy Jennings/R7/FWS/DOI@FWS
bcc
Subject RE: Chukchi Meeting

History: This message has been replied to.

Sarah:

We take up the entire top (fifth) floor of the Centerpoint Building. The best way to get here is to use the elevator. In the elevator alcove, there is a phone you can give me a jingle (334-5247) and I will let you in. We will go get you visitor passes and then head over to the meeting room. I am copying this to Tim as it sounds like you will be traveling separately.

The Centerpoint building is on the west side of C Street between 36th and Tudor. There is an eight-story building next to the Centerpoint, but only this one says Centerpoint on it. The building entrance/lobby is on the northwest side of the building. There is an espresso place on the left and the elevators are straight ahead from the front door.

Have a good flight.

Mark

---

**From:** Sarah Conn/R7/FWS/DOI@FWS@DOI **On Behalf Of** Sarah Conn/R7/FWS/DOI@DOI
**Sent:** Wednesday, September 06, 2006 9:50 AM
**To:** Schroeder, Mark
**Subject:** RE: Chukchi Meeting

Hi Mark,
Just wanted to let you known that we (Ted, Jewel and I) will be travelling to Anchorage on Alaska Flight 98 arriving at 9:45am tomorrow morning. We'll try to call if it looks like the plane will be late but we anticipate arriving in plenty of time for tomorrow's 10:30am meeting. Where in your CenterPoint complex should we head to?

Thanks,

Sarah