MMS Chukchi Lease Sale 193 Teleconference 9/14/06

Teleconference – Ted, Sarah, Jewel (FWS), [Mark Schroeder, Caryn Schmidt, Walt Johnson] → MMS
↳ Herndon HQ

Composite model (combined)

conditional probabilities from launch area + transportation combined over whole area ↘
combined probabilities (Appendix A)

oil find depends on geology / economics etc.
~ volume in each launch area is proprietary.

using launch areas gives you a sense of timing (how long it takes to get there)
but also some may not contact the resource area at all.

model assumes no cleanup

prob that a certain amount of oil is present within each launch unit is fed into launch unit as a volume.
↑ prob of spill ↑ with ↑ volume.

resource volume x spill rate → so more oil is more spill chance

So MMS knows where oil volume is likely to be most abundant

could help narrow it down.

The model is a guide not a detailed, absolute number it's a generality, it also gives a time guide and oil change over time in the environment, and may possibly allow some clean up to occur.

Canadian Beaufort → has some information on how oil behaves in these types of environments.

models will be updated as new research on oil + ice etc. come in and as the development occurs + engineering details are refined.

No super large spill was analyzed as it was a management decision they removed that traditional section from the EIS.

In appendix A1 was based on a 15-day blowout (historical data) this information maybe able to use to look @ big spill and what might happen in the Chukchi.