Meeting 11/14/96 → Model

Ted:

Section 7 required for any federal action, we (feds) are not allowed to jeopardize listed species.

We assess them to see if its no problem, or if adverse effect. Then we look to see if J.

J calls are crucial, and need to be ~~[illegible]~~ right.

Action = leasing of 34 million acres in Chukchi, we need to do a J analysis.

J is reasonably expected to occur, that will appreciably reduce the likelihood of survival & recovery of the species.

a bit subjective but a model will help to get some hard data on what pop doing now, and compare it to effects of action and we can compare to recovery standards etc.

Experts here are going to help us populate model which will be run by Barry Grand,

- need baseline inputs
- what effects the project may have on pop (mort, ⇓ prod, ⇓ surv)
- allocation of birds molting in Ledyard Bay
- how do we think species would respond to a loss of 1 or more populations.

Paul - Model Explanation

Matrix pop model define productivity & recruitment
survival

λ = balance between mortality + recruitment
model allows lower level subcomponents (e.g. clutch size, prob. ♀ breeds
all combine to give matrix model
Can tweak model to see how pop responds to changes in
these parameters to see which is most important

all models of this type assume asymptotic
proportion of birds in each class is stable
the effect of your perturbation depends on where your pop classes
are (age distribution) is but this model samples stochastically
from a range of the age distribution so can evolve diff. chatastrophic
events e.g. kill 20% of adult ♀'s or whatever it
runs a bunch of iterations

Flint - use a PVA to compare to extinction or recovery — is our aim to




Ted  More or less yes.

Exhibit 71, Page 2 of 9




the length of time you look out can change the likelihood that the pop will hit the lowest viable pop (~~ess~~ extinction).

~~[illegible]~~ (IUCN)

20% chance of extinction in 10 generations

or we could use the Project life (about 50 yrs) to ask how far out the model should go.

Model can handle metapopulation analysis we need pop size and trajectory for each one as these are the key components

we have no idea what the Russian + global pop is doing trend wise and this has huge effects on the outcome of the model

Bob's' paper
- N.S. visibility correction factor - used Y-K Delta as thats the only data we have

N.S. appears to be stable,
Y-K Delta from 1993 onwards appears to be going (particularly over the last two years).

If we use ♀ on land as breeders + a trend then the model will calculate the # of subadults

N.S lope - use Y-K Delta Correction factor
6458 ♀
6458 ♂
index of birds seen to nests
~~[illegible]~~ if you see 54 birds there will be 50 nests (100 birds)

Trend lines the 14 yr is different to 10 yr what you need is what the pop is actually doing
We have no reason to suppose the 10 yr is better or more accurate than 14 so use 14 yrs.

Y-K Delta ~~[illegible] use the 14 yr growth rate~~
the first 5 yrs there are issues of inexperienced observers and poor timing of survey
The nest figure is often considered better data, you can't miss-identify etc.

Fig 7 2000, 2003, 2002 N.S. high not cause aerial surveys were high but the nests were low. So non-initiation / destruction early & if drop those yrs out of nest calc, the slope is the same as the aerial as the breeding pop is the same its just they didn't nest

Exhibit 71, Page 4 of 9

1993 might be an ~~[illegible]~~ inflection point in data when trend changes.

the observer data is corrected but its not done super mathematically.

Extinction In this early era SPEI weren't a focus of the survey.

So use 1993 – 2006

↳ cause ↑ focus of SPEI with listing

– may be an inflation in trend

So this is more representative of current trend

– Observer inexperience is no longer a factor & since 1993

Use aerial as its more comparable to NS and also we don't have to explain away nest discrepancies

1.042 and this is not that different than the adjusted nest survey figure

~~[illegible]~~

~~[illegible]~~ 4790 average pop index over last 5 yrs

and divided by 1.06379 (indicate birds to nest) ~~[illegible]~~

= 4503 nests ~~[illegible]~~ 2

↳ breeding ♀

BE

N

4.

**Exhibit 71, Page 5 of 9**

Russia pop

Can either subtract everybody else from winter survey

or

scale up the russian breeding aerial survey

So few brown birds (♀ + juvs) in winter survey that they don't think they counted them all.

use breeding bird surveys (146,000 not index birds) ÷ 1.064

= 137,448

↳ 137,448 ♀

We have absolutely no data to infer a trend

age specific breeding propensity

1 yr = 0

2 yr = 25%

3 yr = 100% (for lack of data)

Exhibit 71, Page 6 of 9

Other Parameters

Survival rates available for YK Delta only but apply those rates to all 3 pops in absence of any other data
(Draft paper by Flint)
is about 80% (adult females)
1st yr survival ≈ 24%
↳ 30 days → 1 yr old
Breeding propensity of 2 yr olds - 26%
no one year olds come back to breed

this will give us the size / pop distribution of each pop + global to have a stable pop and then this will form the baseline

Effects of Disturbance
↳ will occasional vessel traffic / frequent helicopter traffic adversely affect the birds to a measurable degree

(aerial disturbance of KIEI off Greenland) see paper
↳ did respond but just one dive and then over it

Longtail Ducks @ Spy Island (Flint + Lanctot)
repeated disturbance by skiff - ~~[illegible]~~ no strong effects were noted.

mitigating impacts – avoid that area / birds
however, no data to support a ↓ in survival or ↓ productivity
so leave the model alone
↘ its not population level

Jewel – Packet showing maps + overview of pipeline routes, lamination areas + ERA's

then packet on risk analysis by MMS
assumptions
oil is hard to clean up in these environments
An oiled bird is a dead bird

Use the 33,192 ⇒ could be an underestimate but its as good as we have got.

no data on subadults – 1 yr old / 75% of 2 yr olds are not on breeding grounds
so where do they molt?
↘ assume behaving similarly to N. slope ♂
model it both ways → all go to ledyard
→ only 2+ go to ledyard

Timing issue spill early hits ♂ + subadults
late = mostly ♀ + 0 year olds

Exhibit 71, Page 8 of 9

♀ seem to go to closest molting area as it's energetically expensive
so no mission ♀ in Ledyard Bay.

All brown birds are north slope — from photo based on aerial pop count. So x% of 33,192

~~[illegible]~~ The model runs on ♀ only. So although we ~~[illegible]~~ ignore a bunch ♂ we probably still have an abundance of males if ♂ do become limiting it may change rate of breeding but probably doesn't affect survivorship long term.

5-7% ↓ survival rate constant for 10 yrs after spill (Harlequin data)
could be worse as Harlequins may have had a greater loss early but made it through by immigration from surrounding.



Exhibit 71, Page 9 of 9