ERIK GRAFE (AK Bar # 0804010)
ERIC P. JORGENSEN (AK Bar # 8904010)
Earthjustice
325 Fourth Street
Juneau, AK 99801-1145
(907) 586-2751
(907) 463-5891 [fax]
egrafe@earthjustice.org
ejorgensen@earthjustice.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF POINT HOPE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior, *et al.*,<br><br>Defendants,<br><br>and<br><br>SHELL GULF OF MEXICO, INC., and CONOCOPHILLIPS COMPANY,<br><br>Intervenor-Defendants. | Case No. 1:08-cv-00004-RRB |

**THIRD NOTICE OF CONTINUATION OF FILING AT DOCKET NUMBER 82 (EXHIBITS 81-129 TO PLAINTIFFS' OPENING BRIEF)**

Dated: February 5, 2009.

*s/ Erik Grafe*

ERIK GRAFE (AK Bar # 0804010)
ERIC P. JORGENSEN (AK Bar # 8904010)
Earthjustice
325 Fourth Street
Juneau, AK 99801-1145
(907) 586-2751
(907) 463-5891 [fax]
egrafe@earthjustice.org
ejorgensen@earthjustice.org

*Attorneys for Plaintiffs Native Village of Point Hope, City of Point Hope, Inupiat Community of the Arctic Slope, Alaska Wilderness League, Center for Biological Diversity, Defenders of Wildlife, National Audubon Society, Natural Resources Defense Council, Northern Alaska Environmental Center, Oceana, Pacific Environment, Resisting Environmental Destruction on Indigenous Lands, a Project of the Indigenous Environmental Network (REDOIL), Sierra Club, The Wilderness Society, and World Wildlife Fund*

## CERTIFICATE OF SERVICE

I, Erik Grafe, certify that on February 5, 2009, a true and correct copy of the foregoing THIRD NOTICE OF CONTINUATION OF FILING AT DOCKET NUMBER 82 (EXHIBITS 81-129 TO PLAINTIFFS' OPENING BRIEF), with ATTACHMENTS, was filed electronically with the Court and consequently was served electronically on the following:

DAVID B. GLAZER
U.S. Department of Justice

KRISTEN L. GUSTAFSON
U.S. Department of Justice

KYLE W. PARKER
Patton Boggs, LLP

JEFFREY W. LEPPO
RYAN P. STEEN
Stoel Rives, LLP

*s/ Erik Grafe*

ERIK GRAFE (AK Bar # 0804010)
Earthjustice
325 Fourth Street
Juneau, AK 99801
(907) 586-2751
(907) 463-5891 [fax]
egrafe@earthjustice.org